## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bhaila v. Walgreens Boots Alliance, Inc. et al       Case Number: 24-cv-05907

An appearance is hereby filed by the undersigned as attorney for:

Rizwan Bhaila

Attorney name (type or print): Terrence Buehler

Firm: Law Offices of Terrence Buehler

Street address: 417 N. Marion Street

City/State/Zip: Oak Park, IL 60302

Bar ID Number: 6181738       Telephone Number: 312-371-4385
(See item 3 in instructions)

Email Address: tbuehler@tbuehlerlaw.com

Are you acting as lead counsel in this case?            ☐ Yes   ☑ No

Are you acting as local counsel in this case?           ☑ Yes   ☐ No

Are you a member of the court's trial bar?              ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.          ☐ Retained Counsel

                                                        ☐ Appointed Counsel
                                                        If appointed counsel, are you

                                                        ☐ Federal Defender

                                                        ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/12/2024

Attorney signature: S/ Terrence Buehler
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015