**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RIZWAN BHAILA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WALGREENS BOOTS ALLIANCE, INC., TIMOTHY C. WENTWORTH, MANMOHAN MAHAJAN, and RICK GATES,<br><br>        Defendants. | Case No. 1:24-cv-05907-JBG<br><br>CLASS ACTION<br><br>Honorable Joan B. Gottschall |

**DECLARATION OF PETER S. LUBIN IN SUPPORT OF CHRISTOPHER G. COLLINS AND RIZWAN BHAILA'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Peter S. Lubin, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a member in good standing of the Bar of this Court, and a partner at the law firm of Lubin Austermuehle, P.C. ("Lubin Austermuehle"), liaison counsel for proposed Lead Plaintiffs Christopher G. Collins and Rizwan Bhaila ("Movants").

2.     I make this Declaration in support of Movants' Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** are true and correct copies of the certifications signed by Movants attesting to their transactions in Walgreens Boots Alliance, Inc. ("Walgreens" or the "Company") securities during the Class Period.

4.     Attached hereto as **Exhibit B** are true and correct copies of loss charts detailing the losses of Movants.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on July 12, 2024.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the Joint Declaration signed by Movants in support of their lead plaintiff motion.

7.     Attached hereto as **Exhibit E** are true and correct copies of the firm résumés of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: September 10, 2024                 Respectfully submitted,

**LUBIN AUSTERMUEHLE, P.C.**

*/s/ Peter S. Lubin*
Peter S. Lubin
Patrick D. Austermuehle
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel: (630) 333-0333
Email: peter@l-a.law
Email: patrick@l-a.law

**LAW OFFICE OF TERRENCE BUEHLER**
Terrence Buehler
417 North Marion Street
Oak Park, IL 60302
Tel: (312) 371-4385
Email: tbuehler@tbuehlerlaw.com

*Liaison Counsel for Christopher G. Collins and Rizwan Bhaila and [Proposed] Liaison Counsel for the Class*

2

**LEVI & KORSINSKY, LLP**
Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com
*pro hac vice to be submitted

*Counsel for Christopher G. Collins and Rizwan
Bhaila and [Proposed] Lead Counsel for the Class*