# EXHIBIT B

| | |
|---|---|
| **Client Name** | Rizwan Bhaila |
| **Company Name** | Walgreens Boots Alliance, Inc. |
| **Ticker Symbol** | WBA |
| **Security Type** | |
| **Class Period Start** | 10-12-2023 |
| **Class Period End** | 06-26-2024 |
| **90-DAY Lookback Period Start** | 06-27-2024 |
| **90-DAY Lookback Period End** | 09-09-2024 |
| **90-DAY Lookback Average** | $ 10.79 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $612,255.70 |
| **DURA LIFO\* Total** | $612,255.70 |
| **Gross Shares Purchased** | 75,000 |
| **Net Shares Retained** | 75,000 |
| **Net Funds Expended** | $1,421,748.35 |

### Rizwan Bhaila

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 11-20-2023 | 25000 | 21.08 | $ 527,000.00 | | | | | | - | 25000 | 25000 | $ 10.79 | $ 269,830.88 | $ 257,169.12 | $ 257,169.12 |
| 04-11-2024 | 41500 | 17.9 | $ 742,850.00 | | | | | | - | 41500 | 41500 | $ 10.79 | $ 447,919.26 | $ 294,930.74 | $ 294,930.74 |
| 04-11-2024 | 575 | 17.87 | $ 10,275.25 | | | | | | - | 575 | 575 | $ 10.79 | $ 6,206.11 | $ 4,069.14 | $ 4,069.14 |
| 04-11-2024 | 2347 | 17.865 | $ 41,929.16 | | | | | | - | 2347 | 2347 | $ 10.79 | $ 25,331.72 | $ 16,597.43 | $ 16,597.43 |
| 04-11-2024 | 778 | 17.89 | $ 13,918.42 | | | | | | - | 778 | 778 | $ 10.79 | $ 8,397.14 | $ 5,521.28 | $ 5,521.28 |
| 04-11-2024 | 4800 | 17.8699 | $ 85,775.52 | | | | | | - | 4800 | 4800 | $ 10.79 | $ 51,807.53 | $ 33,967.99 | $ 33,967.99 |
| **Total:** | **75,000** | | **$1,421,748.35** | | | | | | | **75,000** | **75,000** | | **$809,492.65** | **$612,255.70** | **$612,255.70** |

| | |
|---|---|
| **Client Name** | Christopher G. Collins |
| **Company Name** | Walgreens Boots Alliance, Inc. |
| **Ticker Symbol** | WBA |
| **Security Type** | |
| **Class Period Start** | 10-12-2023 |
| **Class Period End** | 06-26-2024 |
| **90-DAY Lookback Period Start** | 06-27-2024 |
| **90-DAY Lookback Period End** | 09-09-2024 |
| **90-DAY Lookback Average** | $ 10.79 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $1,681,261.45 |
| **DURA LIFO\* Total** | $1,681,261.45 |
| **Gross Shares Purchased** | 377,000 |
| **Net Shares Retained** | 245,245 |
| **Net Funds Expended** | $4,328,248.44 |

### Christopher G. Collins

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 04-01-2024 | 10000 | 20.73 | $ 207,300.00 | | | | | | - | 10000 | 10000 | $ 10.79 | $ 107,932.35 | $ 99,367.65 | $ 99,367.65 |
| 04-01-2024 | 22000 | 20.1558 | $ 443,427.60 | | | | | | - | 22000 | 22000 | $ 10.79 | $ 237,451.18 | $ 205,976.42 | $ 205,976.42 |
| 05-06-2024 | 9000 | 17.3067 | $ 155,760.30 | 05-07-2024 | 9000 | | $ 17.49 | $ 157,365.00 | - | - | - | $ 10.79 | | -$ 1,604.70 | -$ 1,604.70 |
| 05-06-2024 | 9000 | 17.3067 | $ 155,760.30 | 05-07-2024 | 9000 | | $ 17.48 | $ 157,325.40 | - | - | - | $ 10.79 | | -$ 1,565.10 | -$ 1,565.10 |
| 05-08-2024 | 15000 | 17.2476 | $ 258,714.00 | 05-09-2024 | 15000 | | $ 17.30 | $ 259,425.00 | - | - | - | $ 10.79 | | -$ 711.00 | -$ 711.00 |
| 05-17-2024 | 25000 | 18.1758 | $ 454,395.00 | | | | | | - | 25000 | 25000 | $ 10.79 | $ 269,830.88 | $ 184,564.12 | $ 184,564.12 |
| 05-17-2024 | 15000 | 18.1782 | $ 272,673.00 | | | | | | - | 15000 | 15000 | $ 10.79 | $ 161,898.53 | $ 110,774.47 | $ 110,774.47 |
| 05-17-2024 | 20000 | 18.2 | $ 364,000.00 | | | | | | - | 20000 | 20000 | $ 10.79 | $ 215,864.71 | $ 148,135.29 | $ 148,135.29 |
| 05-17-2024 | 10000 | 18.1882 | $ 181,882.00 | | | | | | - | 10000 | 10000 | $ 10.79 | $ 107,932.35 | $ 73,949.65 | $ 73,949.65 |
| 05-17-2024 | 22000 | 18.1797 | $ 399,953.40 | | | | | | - | 22000 | 22000 | $ 10.79 | $ 237,451.18 | $ 162,502.22 | $ 162,502.22 |
| 05-21-2024 | 60000 | 17.2112 | $ 1,032,672.00 | | | | | | - | 60000 | 60000 | $ 10.79 | $ 647,594.12 | $ 385,077.88 | $ 385,077.88 |
| 05-22-2024 | 60000 | 16.5812 | $ 994,872.00 | | | | | | - | 60000 | 60000 | $ 10.79 | $ 647,594.12 | $ 347,277.88 | $ 347,277.88 |
| 05-28-2024 | 35000 | 15.4354 | $ 540,239.00 | 05-31-2024 | 35000 | | $ 15.84 | $ 554,228.50 | - | - | - | $ 10.79 | | -$ 13,989.50 | -$ 13,989.50 |
| 05-28-2024 | 35000 | 15.4354 | $ 540,239.00 | 05-31-2024 | 35000 | | $ 15.85 | $ 554,792.00 | - | - | - | $ 10.79 | | -$ 14,553.00 | -$ 14,553.00 |
| 06-12-2024 | 3805 | 15.59 | $ 59,319.95 | 06-21-2024 | 3805 | | $ 15.94 | $ 60,651.70 | - | - | - | $ 10.79 | | -$ 1,331.75 | -$ 1,331.75 |
| 06-12-2024 | 6964 | 15.59 | $ 108,568.76 | 06-21-2024 | 6964 | | $ 15.94 | $ 110,971.34 | - | - | - | $ 10.79 | | -$ 2,402.58 | -$ 2,402.58 |
| 06-12-2024 | 6255 | 15.59 | $ 97,515.45 | 06-21-2024 | 6255 | | $ 15.94 | $ 99,705.95 | - | - | - | $ 10.79 | | -$ 2,190.50 | -$ 2,190.50 |
| 06-12-2024 | 2800 | 15.59 | $ 43,652.00 | 06-21-2024 | 2800 | | $ 15.92 | $ 44,576.28 | - | - | - | $ 10.79 | | -$ 924.28 | -$ 924.28 |
| 06-12-2024 | 2000 | 15.59 | $ 31,180.00 | 06-21-2024 | 2000 | | $ 15.93 | $ 31,851.80 | - | - | - | $ 10.79 | | -$ 671.80 | -$ 671.80 |
| 06-12-2024 | 1188 | 15.59 | $ 18,520.92 | 06-21-2024 | 1188 | | $ 15.92 | $ 18,913.20 | - | - | - | $ 10.79 | | -$ 392.28 | -$ 392.28 |
| 06-12-2024 | 1073 | 15.59 | $ 16,728.07 | 06-21-2024 | 1073 | | $ 15.95 | $ 17,108.99 | - | - | - | $ 10.79 | | -$ 380.92 | -$ 380.92 |
| 06-12-2024 | 912 | 15.59 | $ 14,218.08 | 06-21-2024 | 912 | | $ 15.92 | $ 14,521.05 | - | - | - | $ 10.79 | | -$ 302.97 | -$ 302.97 |
| 06-12-2024 | 600 | 15.59 | $ 9,354.00 | 06-21-2024 | 600 | | $ 15.93 | $ 9,555.12 | - | - | - | $ 10.79 | | -$ 201.12 | -$ 201.12 |
| 06-12-2024 | 1245 | 15.59 | $ 19,409.55 | | | | | | - | 1245 | 1245 | $ 10.79 | $ 13,437.58 | $ 5,971.97 | $ 5,971.97 |
| 06-12-2024 | 1618 | 15.589 | $ 25,223.00 | 06-21-2024 | 1618 | | $ 15.94 | $ 25,790.92 | - | - | - | $ 10.79 | | -$ 567.92 | -$ 567.92 |
| 06-12-2024 | 1540 | 15.585 | $ 24,000.90 | 06-21-2024 | 1540 | | $ 15.94 | $ 24,547.60 | - | - | - | $ 10.79 | | -$ 546.70 | -$ 546.70 |
| **Total:** | **377,000** | | **$6,469,578.28** | | **131,755** | | | **$2,141,329.84** | | **245,245** | **245,245** | | **$2,646,986.99** | **$1,681,261.45** | **$1,681,261.45** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **LIFO Loss Total** | $2,293,517.15 |
| **DURALIFO\* Total** | $2,293,517.15 |

| | |
|---|---|
| **Gross Shares Purchased** | 452,000 |
| **Net Shares Retained** | 320,245 |
| **Net Funds Expended** | $5,749,996.79 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.