# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*July 12, 2024 17:05 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Walgreens Boots Alliance, Inc. Securities and Sets a Lead Plaintiff Deadline of September 10, 2024

NEW YORK, July 12, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Walgreens Boots Alliance, Inc. ("Walgreens" or the "Company") (NASDAQ: WBA) <u>between October 12, 2023 and June 26, 2024, both dates inclusive</u>. <u>You are hereby notified</u>** that the class action lawsuit *Rizwan Bhaila v. Walgreens Boots Alliance, Inc., et al.* (Case No. 1:24-cv-05907) has been commenced in the United States District Court for the Northern District of Illinois. To get more information **go to:**

https://zlk.com/pslra-1/walgreens-boots-alliance-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that on June 27, 2024, Walgreens announced 3Q24 financial results and reduced its revenue guidance for the fourth quarter and full fiscal year 2024. The Company attributed its results and lowered guidance on the "significant challenges in the U.S. Retail Pharmacy business stemming from a worse-than-expected consumer environment and challenging pharmacy industry trends."

Following this news, Walgreens stock began trading more than 20% lower than the previous day's closing price of $15.65 per share.

**If you suffered a loss in WBA securities, you have until September 10, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004

jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com