**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rizwan Bhaila

                         Plaintiff,

v.

                                              Case No.: 1:24−cv−05907
                                              Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 16, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: The plaintiff in case no. 24−cv−8559, Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Westchester Fund"), has filed a motion [26] in this case to reassign case no. 24−cv−8559 as related to this action. No Local Rule 3.2 notice of affiliates for Westchester Fund is on file in this case or in case no. 24−cv−8559. Before the court can adjudicate the motion to reassign, Westchester Fund must file the notice of affiliates required by Local Rule 3.2, which notice is due on or before 10/23/2024. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.