**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rizwan Bhaila

                          Plaintiff,

v.                                           Case No.: 1:24–cv–05907
                                           Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 18, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: Movant's notice of affiliates [32] having been filed, the unopposed motion [26] of Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund to designate Case No. 24–cv–8559, in which it is the plaintiff, as related to this case is granted. In accordance with Local Rule 40.4(d), the Clerk is instructed to forward this minute order to the Executive Committee with this court's recommendation that Case No. 24–cv–8559 be reassigned as related to this action. As required by Local Rule 40.4(d), the Clerk is further instructed to forward a copy of this order to Judge Pacold, who is presiding over Case No. 24–cv–8559. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.