# EXHIBIT A

# THE BROWN LAW FIRM, P.C. BIOGRAPHY

The Brown Law Firm, P.C. is a complex business litigation firm located in New York, New York. The firm specializes in shareholder derivative litigation in courts throughout the country.

### TIMOTHY BROWN – MANAGING PARTNER

In January 2014, Timothy Brown founded the Brown Law Firm, which specializes in shareholder derivative litigation. The Brown Law Firm has achieved favorable settlements in numerous shareholder derivative actions in federal and state courts across the country, providing substantial benefits to publicly traded companies and their investors.

Since shortly after Mr. Brown graduated from law school, through 2013, he was a litigator at a major national law firm. Mr. Brown's prior firm specializes in representing plaintiffs in securities class actions and derivative actions in courts throughout the country. There, Mr. Brown had a leadership role in achieving numerous multi-million dollar settlements of shareholder suits.

In 2004, Mr. Brown graduated from the University of Chicago Law School at which he was a recipient of a merit scholarship awarded to the top two percent of all applicants. He received his B.A. in Business Economics, *magna cum laude*, from Brown University in 2001.

Mr. Brown is admitted to the bar of the State of New York and admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, and the United States District Court for the District of Connecticut, the United States District Court for the District of Maryland, the United States District Court for the Northern District of Ohio, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Michigan, and the United

1

States District Court for the District of Colorado, and the United States Court of Appeals for the Sixth Circuit.

### SAADIA J. HASHMI – PARTNER

Saadia Hashmi received her J.D. from The University of Texas at Austin School of Law in May 2018. She was a staff editor on the TEXAS JOURNAL ON CIVIL LIBERTIES & CIVIL RIGHTS. Ms. Hashmi received an M.A. in Dispute Resolution in 2014 from Southern Methodist University. She received her B.A. in American Studies, *magna cum laude*, from the University of Texas at Dallas in 2012.

Ms. Hashmi is admitted to the bars of the State of New York and the State of Texas, and she is admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the Western District of Texas.

### ELIZABETH DONOHOE – ASSOCIATE

Elizabeth Donohoe received her J.D. from the University of Florida Levin College of Law in May 2022. At UF Law, she was a Teaching Assistant and worked at the Wrongful Convictions and Factual Innocence: Conviction Integrity Review Clinic. In May 2019, Ms. Donohoe received her B.A. in Criminology & Law, *magna cum laude*, from the University of Florida.

Ms. Donohoe is admitted to the bars of the State of New Jersey and the State of New York, and she is admitted to practice in the United States District Court for the District of New Jersey and in the United States District Court for the Southern District of New York.

### JOHN COYLE – ASSOCIATE

John Coyle received his J.D. from Seton Hall University School of Law in May 2023. At

Seton Hall Law, he served as a Co-Chair of the Mock Trial Team, an editor of the Seton Hall Sports, Entertainment & Gaming Law Blog, and as a member of the Criminal Law Society and Entertainment & Sports Law Society. In April 2020, Mr. Coyle received his B.A. in Political Science and History, *magna cum laude*, from the University of Pittsburgh.

Mr. Coyle is admitted to the bars of the State of Pennsylvania, the State of New Jersey, the State of New York, and the State of Massachusetts, and he is admitted to practice in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the District of Massachusetts, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

### ROBERT C. MOEST – OF COUNSEL

Robert Moest's office is in Santa Monica, California. Until 1999, and for more than two decades, Mr. Moest was a partner at Fleishman, Fisher & Moest, a litigation firm in Los Angeles. Mr. Moest's partner Stanley Fleishman was revered for being a pioneer in the field of constitutional rights and for winning countless 1st Amendment and civil rights lawsuits, including about a dozen victories before the U.S. Supreme Court.

Mr. Moest maintains a civil trial, writ and appellate litigation practice, emphasizing 1st Amendment, constitutional and other civil rights, shareholder actions, commercial and real estate litigation, health care, administrative law and licensing, and land use. His practice is divided between federal and state practice. Mr. Moest has been counsel in more than 100 appeals, leading to more than forty reported decisions. Mr. Moest has jury and court trial experience in courts throughout the United States.

Mr. Moest was a founding member of the California Academy of Attorneys for Health Care Professionals, Co-counsel on Los Angeles County Jail Over-detention Team (successful class

action suits seeking injunctive relief and damages against systematic over-detention of inmates in Los Angeles County Jail); and was a member of the Board of Directors, Higher Education Research Institute (since incorporated into UCLA School of Higher Education).

Mr. Moest graduated from the UCLA School of Law in 1974, in the top ten percent of his class. He earned his undergraduate degree from Amherst College.

Mr. Moest is a member of the California bar, and the bars for the Central, Southern, Northern and Eastern federal districts in California, the United States Court of Appeals for the Second, Third, Ninth, and Tenth Federal Circuits, and the United States Supreme Court.