## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rizwan Bhaila, et al.

                         Plaintiff,

v.

                         Case No.: 1:24–cv–05907
                         Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: The agreed motion [34] to reassign certain actions (collectively, "putatively related cases") as related to this case under Local Rule 40.4 is granted. The court does not reach the motion to appoint interim lead counsel, as doing so would be premature before the cases are reassigned and all counsel who have appeared in all of the putatively related cases have had an opportunity to be heard. The court recommends that the following cases be reassigned as related: Tobias v. Wentworth, et al., Case No. 1:24–cv–07755; Hollin v. Wentworth, et al., Case No. 1:24– cv–08244; and Lovoi v. Wentworth, et al., Case No. 1:24–cv–09110. In accordance with Local Rule 40.4(d), the Clerk is instructed to forward this minute order to the Executive Committee with this court's recommendation that the foregoing cases be reassigned as related to this action. As required by Local Rule 40.4(d), the Clerk is further instructed to forward a copy of this order to the judges who are presiding over the putatively related cases. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.