**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**


Pursuant to the entry on October 22, 2024, by the Hon. Joan B. Gottschall in case 24 CV 5907, *Bhaila v. Walgreens Boots Alliance, Inc. et al.,* the cases listed below be consolidated, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Gottschall shall preside over these consolidated proceedings and each case be reassigned from the assigned judges listed below to Judge Gottschall, pursuant to Local Rule 40.4.

| CASE | TITLE | JUDGE |
|---|---|---|
| 24 CV 7755 | *Tobias v. Wentworth et al* | Pacold |
| 24 CV 8244 | *Hollin v. Wentworth et al* | Blakey |
| 24 CV 8559 | *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Walgreens Boots Alliance, Inc. et al* | Pacold |
| 24 CV 9110 | *Lovoi v. Wentworth et al* | Jenkins |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**


_____
Hon. Virginia M. Kendall, Chief Judge


Dated at Chicago, Illinois this 23rd day of October, 2024