**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RIZWAN BHAILA, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., TIMOTHY C. WENTWORTH, MANMOHAN MAHAJAN, and RICK GATES,<br><br>             Defendants. | Case No.: 1:24-cv-05907<br><br>Hon. Joan B. Gottschall<br><br><u>CLASS ACTION</u> |
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC., ROSALIND BREWER, JAMES KEHOE, JOHN DRISCOLL, JOHN STANDLEY, TIM WENTWORTH, and MANMOHAN MAHAJAN,<br><br>             Defendants. | Case No.: 1:24-cv-08559<br><br>Hon. Joan B. Gottschall<br><br><u>CLASS ACTION</u> |

**<u>AGREED MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS</u>**

Co-Lead Plaintiffs Christopher G. Collins and Rizwan Bhaila, by and through their undersigned Lead Counsel, hereby move for an order: (1) consolidating the above-captioned Related Actions[1] pursuant to Rule 42 of the Federal Rules of Civil Procedure; and (2) granting any such other and further relief as the Court may deem just and proper. In support of this agreed motion, Co-Lead Plaintiffs state the following:

## **PROCEDURAL HISTORY**

On July 12, 2024, the *Bhaila* Action was filed, alleging that Walgreens Boots Alliance, Inc. ("Walgreens") and certain of its officers violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. §§ 78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5) by issuing false and misleading statements and failing to disclose material facts (*see Bhaila* Action, ECF No. 1). On the same day, the *Bhaila* Action was assigned to this Court. On September 17, 2024, this Court appointed Christopher G. Collins and Rizwan Bhaila as Co-Lead Plaintiffs, Levi & Korsinsky, LLP as Lead Counsel, and Lubin Austermuehle, P.C. and the Law Office of Terrence Buehler as Liaison Counsel in the *Bhaila* Action. *See Bhaila* Action, ECF No. 22. Pursuant to the Court's order:

> Each new case that arises out of the subject matter of the action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

---

[1] The Related Actions are *Bhaila v. Walgreens Boots Alliance, Inc., et al.*, No. 1:24-cv-05907 (N.D. Ill.) (the "*Bhaila* Action), and *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Walgreens Boots Alliance, Inc., et al.*, No. 1:24-cv-08559 (the "*Local 60* Action").

*Id.* at 3.

On September 17, 2024, the *Local 60* Action was filed alleging the same Exchange Act violations, and assigned to the Honorable Martha M. Pacold (*see Local 60* Action, ECF No. 1).

On October 11, 2024, Plaintiff Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Local 60") filed an unopposed motion to designate the *Local 60* Action as related to the *Bhaila* Action and to reassign the *Local 60* Action to this Court pursuant to Local Rule 40.4 (*see Bhaila* Action, ECF No. 26). On October 18, 2024, the Court entered an order finding the *Bhaila* Action and *Local 60* Action related and forwarded the *Local 60* Action to the Executive Committee for reassignment (*see Bhaila* Action, ECF No. 33). On October 23, 2024, the Executive Committee reassigned the *Local 60* Action to this Court (*see Bhaila* Action, ECF No. 36). In the same order, the Executive Committee also reassigned three related Derivative Actions[2] to this Court (*see id.*). This agreed motion seeks consolidation only of the above-captioned Related Actions that assert Exchange Act claims as amended by the PSLRA and Rule 10b-5 for alleged material misstatements and omissions. The parties in the Derivative Actions separately seek consolidation of the Derivative Actions (*see Bhaila* Action, ECF No. 34).

## **ARGUMENT**

Rule 42(a) specifies that consolidation is appropriate when actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). Here, the Related Actions are well-suited for consolidation. Both Actions allege a substantially similar, unlawful, and/or fraudulent scheme

---

[2] The Derivative Actions are *Tobias v. Wentworth, et al.*, No. 1:24-cv-07755 (N.D. Ill.), *Hollin v. Wentworth, et al.*, No. 1:24-cv-08244 (N.D. Ill.), and *Lovoi v. Wentworth, et al.*, No. 1:24-cv-09110 (N.D. Ill.).

2

relating to similar parties, transactions, and events during overlapping class periods,[3] with the same alleged corrective disclosure on June 27, 2024 (*compare Local 60* Action, ECF No. 1 ¶¶ 109-112 *with Bhaila* Action, ECF No. 1 ¶¶ 33-39). Both Actions allege that Defendants[4] made materially false and misleading statements and omissions concerning Walgreens' business and prospects.[5] *See Taubenfeld v. Career Educ. Corp.*, No. 03-cv-8884, 2004 WL 554810, at *1 (N.D. Ill. Mar. 19, 2004) (consolidating related securities class actions as doing so "will result in substantial savings of judicial time and effort").

Prior to filing this motion, Lead Counsel conferred with counsel for Plaintiff Local 60 in the *Local 60* Action, as well as counsel for Defendants, who have indicated their consent to entry of an order consolidating the *Bhaila* Action with the *Local 60* Action. Accordingly, consolidation is appropriate under Rule 42(a) and the PSLRA, and Co-Lead Plaintiffs respectfully submit that the Related Actions should be consolidated.

---

[3] The *Bhaila* Action was brought on behalf of all investors who purchased or otherwise acquired Walgreens securities between October 12, 2023 to June 26, 2024, inclusive. *Bhaila* Action, ECF No. 1 ¶ 1. The *Local 60* Action was brought on behalf of all persons and entities who purchased Walgreens common stock between July 1, 2021 and June 26, 2024, inclusive. *Local 60* Action, ECF No. 1 ¶ 1.

[4] Defendants are the collective defendants named in the *Bhaila* Action and *Local 60* Action. The *Bhaila* Action names Walgreens, Timothy C. Wentworth ("Wentworth"), Manmohan Mahajan ("Mahajan"), and Rick Gates as defendants. *Bhaila* Action, ECF No. 1 ¶¶ 11-14. The *Local 60* Action also names Walgreens, Wentworth, and Mahajan, as well as Rosalind Brewer, James Kehoe, John Driscoll, and John Standley, as defendants. *Local 60* Action, ECF No. 1 ¶¶ 36-42.

[5] The differences in the overlapping alleged class periods and named Defendants do not affect the appropriateness of consolidation or the Court's discretion under Rule 42 to consolidate the Related Actions in the interests of judicial economy. *See Wagner v. Spectrum Brands Legacy, Inc.*, No. 19-cv-178, 2019 WL 2443036, at **1-2 (W.D. Wis. June 12, 2019) (finding that while the "classes are not identical" due to differing class periods and named defendants, consolidation of related putative securities class actions appropriate where "there appear to be multiple common questions of law and fact between the two cases and because it would be more efficient to litigate the cases together").

Dated: October 24, 2024

Respectfully submitted,

**LUBIN AUSTERMUEHLE, P.C.**

*/s/ Peter S. Lubin*
Peter S. Lubin (Bar No. 6185789)
Patrick D. Austermuehle (Bar No. 6299005)
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel.: (630) 333-0333
Email: peter@l-a.law
Email: patrick@l-a.law

**LAW OFFICE OF TERRENCE BUEHLER**
Terrence Buehler (Bar No. 6181738)
417 North Marion Street
Oak Park, IL 60302
Tel.: (312) 371-4385
Email: tbuehler@tbuehlerlaw.com

*Liaison Counsel for Co-Lead Plaintiffs*
*Christopher G. Collins and Rizwan Bhaila and*
*the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Lead Counsel for Co-Lead Plaintiffs*
*Christopher G. Collins and Rizwan Bhaila and*
*the Class*

4