# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rizwan Bhaila, et al.

                                        Plaintiff,

v.                                                              Case No.: 1:24–cv–05907
                                                                Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: The agreed motion [38] filed in No. 1:24–cv–05907 to consolidate Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Walgreens Boots Alliance, Inc., et al., No. 1:24–cv–08559, with 24–cv–5907, is granted. See Federal Rule of Civil Procedure 42(a). Counsel are instructed to confer and send a proposed consolidation order suitable for entry in both cases to Proposed_Order_Gottschall@ilnd.uscourts.gov. The proposed consolidation order must specify in which case or cases future filings will be made and how filings should be captioned. The proposed order, which must be submitted in Word and PDF formats, is due by and including 10/30/2024. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.