**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rizwan Bhaila, et al.

                        Plaintiff,

v.                                           Case No.: 1:24−cv−05907

                                           Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2024:

        MINUTE entry before the Honorable Joan B. Gottschall: Enter order consolidating this action and designating the docket in No. 1:24−cv−05907 as the master file. In accordance with the order, all future filings must be made in No. 1:24−cv−05907 and captioned "In re Walgreens Boots Alliance Securities Litigation." The Clerk is instructed to close administratively No. 1:24−cv−8559. Notwithstanding the administrative closure, a separate judgment must be entered in No. 1:24−cv−8559. Counsel are responsible for ensuring that a separate judgment is entered in the related action.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.