**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RIZWAN BHAILA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., TIMOTHY C. WENTWORTH, MANMOHAN MAHAJAN, and RICK GATES, <br><br> Defendants. | Case No.: 1:24-cv-05907 <br><br> Hon. Joan B. Gottschall <br><br> <u>CLASS ACTION</u> |
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC., ROSALIND BREWER, JAMES KEHOE, JOHN DRISCOLL, JOHN STANDLEY, TIM WENTWORTH, and MANMOHAN MAHAJAN, <br><br> Defendants. | Case No.: 1:24-cv-08559 <br><br> Hon. Joan B. Gottschall <br><br> <u>CLASS ACTION</u> |

**<u>ORDER CONSOLIDATING THE RELATED ACTIONS</u>**

Upon consideration of the Motion filed by Co-Lead Plaintiffs Christopher G. Collins and Rizwan Bhaila ("Co-Lead Plaintiffs") for consolidation of the above-captioned, related actions (*see Bhaila* Action, ECF No. 38); the Court's minute entry granting Co-Lead Plaintiffs' Motion (*see id.*, ECF No. 39); and for good cause   shown, it is hereby **ORDERED**:

(1)     Co-Lead Plaintiffs' Motion is **GRANTED**.

(2)     In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned, related actions (the "Consolidated Actions") and any subsequently filed, removed, or transferred actions that are found to be related under Local Rule 40.4 to the securities claims asserted in the above-captioned actions, are **CONSOLIDATED** for all purposes.

(3)     All future filings shall be made in, and only in, the first-filed action bearing Master File No. 1:24-cv-05907.

(4)     All future filings shall be captioned "*In re Walgreens Boots Alliance, Inc. Securities Litigation*."

        **IT IS SO ORDERED.**

Dated November 8, 2024                              /s/ Joan B. Gottschall
                                                   United States District Judge

1