**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rizwan Bhaila, et al.

                                 Plaintiff,

v.                                          Case No.: 1:24–cv–05907
                                             Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: An order of consolidation having been entered, the parties' motion [29] to set a post–consolidation schedule is granted. Plaintiffs' amended complaint is due by and including 12/13/2024. Defendants have until and including 01/10/2025 to answer or otherwise respond to the amended complaint. If defendants file a motion to dismiss the amended complaint, plaintiffs' response to the motion will be due by and including 03/28/2025, and defendants' reply, if any, will be due by and including 04/28/2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.