**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rizwan Bhaila, et al.

                    Plaintiff,

v.                                           Case No.: 1:24−cv−05907
                                           Honorable Joan B. Gottschall

Walgreens Boots Alliance, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint agreed motion [45] to enlarge by one week the schedule for filing an amended complaint and briefing any motions to dismiss it is granted. Consistent with the parties 9; stipulations [45], the court also grants their request to exceed the Local Rule 7.1 page limit. Enter order. Under the order, the post−consolidation schedule [43] is amended as follows: Plaintiffs' amended complaint is due by and including 12/20/2024. Defendants have until and including 02/18/2025 to answer or otherwise respond to the amended complaint. If defendants file a motion to dismiss the amended complaint, plaintiffs' response to the motion will be due by and including 04/04/2025, and defendants' reply, if any, will be due by and including 05/05/2025.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.