**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE WALGREENS BOOTS ALLIANCE, INC., SECURITIES LITIGATION | Case No.: 1:24-cv-05907<br><br>Hon. Joan B. Gottschall |

**ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF CO-LEAD PLAINTIFFS' TIME TO FILE AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO**

The Court, having received and considered the Joint Agreed Motion for Extension of Co-Lead Plaintiffs' Time to File Amended Complaint and Defendants' Response Thereto (the "Motion"), and upon consideration of the pleadings and papers on file, with good cause appearing, hereby GRANTS the Motion, and orders the following:

1. Co-Lead Plaintiffs shall file the Amended Complaint by December 20, 2024;

2. Defendants shall answer or otherwise respond to the Amended Complaint by February 18, 2025, and if their response is a motion to dismiss, the brief in support thereof shall be no more than 30 pages in length;

3. If Defendants file a motion to dismiss the Amended Complaint, Co-Lead Plaintiffs' response to the motion shall be filed by April 4, 2025, and the brief in support thereof shall be no more than 30 pages in length; and

4. Defendants' reply, if any, shall be filed by May 5, 2025, and the brief in support thereof shall be no more than 20 pages in length.

Dated December 4, 2024

/s/ Joan B. Gottschall
United States District Judge

1