UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WALGREENS BOOTS ALLIANCE, INC. SECURITIES LITIGATION | Case No.: 1:24-cv-05907-MMR<br><br>Hon. Mary M. Rowland<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN STANDLEY**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), lead plaintiff Christopher G. Collins ("Lead Plaintiff"), and additional plaintiff the Fire & Police Employees' Retirement System of the City of Baltimore (with Lead Plaintiff, "Plaintiffs"), voluntarily dismiss all claims against defendant John Standley only in the above-captioned action (the "Action") without prejudice, each party to bear its own attorneys' fees and costs.

Because this notice of voluntary dismissal is being filed with the Court before Defendant Standley has served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action against this Defendant is effective upon the filing of this notice.

Dated: April 2, 2025

Respectfully submitted,

By: */s/ Peter S. Lubin*
**Lubin Austermuehle DiTommaso, P.C.**
Peter S. Lubin
Patrick D. Austermuehle
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
Tel.: (630) 333-0333
Email: peter@l-a.law
Email: patrick@l-a.law

1

**LAW OFFICE OF TERRENCE BUEHLER**
Terrence Buehler (Bar No. 6181738)
417 North Marion Street
Oak Park, IL 60302
Tel.: (312) 371-4385
Email: tbuehler@tbuehlerlaw.com

*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Morgan M. Embleton (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com

*Counsel for Lead Plaintiff Christopher G. Collins and Lead Counsel for the Class*

**SAXENA WHITE P.A.**
Maya Saxena (*admitted* pro hac vice)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
Email: msaxena@saxenawhite.com

-and-

David R. Kaplan (admitted *pro hac vice*)
Emily R. Bishop (admitted *pro hac vice*)
505 Lomas Santa Fe Dr., Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
Email: dkaplan@saxenawhite.com
   ebishop@saxenawhite.com

*Counsel for Plaintiff the Fire & Police Employees' Retirement System of the City of Baltimore and*

*Additional Counsel for the Class*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: (312) 629-3737
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff the Fire & Police Employees' Retirement System of the City of Baltimore*