**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE WALGREENS BOOTS ALLIANCE, INC., SECURITIES LITIGATION | Case No.: 1:24-cv-05907-MMR<br><br>Hon. Mary M. Rowland |

**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF PLAINTIFFS'**
**MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Gregory M. Potrepka, hereby declare as follows:

1.     I am a partner at Levi & Korsinsky, LLP, counsel for Lead Plaintiff Christopher G. Collins, and Lead Counsel for the Class. I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      Attached hereto as Appendix A is a chart that contains each alleged false statement and the reasons why such statements are materially false or misleading as alleged in the Consolidated Class Action Complaint (Dkt. 50).

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Walgreens Boots Alliance, Inc. earnings call transcript for the second quarter of 2023, dated March 28, 2023, that was downloaded from Walgreens Boots Alliance, Inc.'s website on April 2, 2025.[1]

4.     Attached hereto as Exhibit 2 is a true and correct copy of a press release issued by Walgreens Boots Alliance, Inc. titled, "Walgreens Boots Alliance Enters into Definitive

---

[1] *See* Walgreens Boots Alliance, https://investor.walgreensbootsalliance.com/static-files/94b75086-6b2e-4385-8da3-9ad0bf660f9f (last accessed April 4, 2025).

Agreement to Be Acquired by Sycamore Partners," dated March 6, 2025.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an article published by *The Wall Street Journal*, titled "Walgreens Goes From $100 Billion Health Giant to Private-Equity Salvage Project," dated March 7, 2025.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 4th day of April 2025, at Stamford, Connecticut.



/s/ Gregory M. Potrepka

GREGORY M. POTREPKA