*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

## APPENDIX A
## False and Misleading Statements Alleged In The Consolidated Class Action Complaint[1]

| Statement #, Speaker(s), Date, Medium, Complaint Paragraph, and Source Document | Challenged Statement(s) | Defendants' Putative Reasons Not Actionable | Plaintiffs' Response | Facts Demonstrating Why The Challenged Statement(s) Were False, Misleading, and/or Lacked a Reasonable Basis When Made |
|---|---|---|---|---|
| **Statement #:** 1 <br><br> **Speaker(s):** Walgreens <br><br> **When:** 10/14/21 <br><br> **Where:** Press Release filed on Form 8-K <br><br> (¶202), DX. 6 at 1 | "Walgreens Boots Alliance Makes $5.2 Billion Investment in VillageMD to Deliver Value-Based Primary Care to Communities Across America" ¶202. <br><br><br> "The $5.2 billion investment will accelerate the opening of at least 600 Village Medical at Walgreens primary care practices in more than 30 U.S. markets by 2025 and 1,000 by 2027, with more than half of those practices in medically underserved communities." ¶202. | Forward-Looking Statement (DB11-14) <br><br><br><br> No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6) <br><br> Defendants Misrepresented or Concealed Material Facts (Opp. §§II.A.2-3) | Numerous facts establish that Defendants' statements were false and materially misleading, omitted material facts that reasonable investors would consider important, and/or lacked a reasonable factual basis when made. <br><br> • **The vast majority of VillageMD co-located clinics substantially underperformed Walgreens' targets from the inception of the rollout and never improved.** Defendants' statements created a material misimpression that the clinic rollout and healthcare strategy were proceeding smoothly and successfully, when, in reality, the vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients. ¶¶86, 88-114, 158, 203-04. <br><br> Numerous former employees from different regions and different levels within both Walgreens and VillageMD stated that |

[1] Unless otherwise noted, capitalized terms have the same meanings as in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint ("Opp."), filed concurrently herewith. "DB__" references are to Defendants' Memorandum of Law In Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint (ECF 57). "DX. __" references are to Defendants' exhibits attached to the Declaration of Jessica Valenzuela and appended to their Motion to Dismiss (ECF 57-3 through 57-61). "¶" references are to the paragraphs of Plaintiffs' Consolidated Class Action Complaint (ECF 50). Statements that are alleged to be false and misleading are underlined. The remaining statements are provided for context. Internal quotations are omitted.

| | | | | the vast majority of co-located clinics substantially underperformed Walgreens' targets before and throughout the Class Period:<br><br>- CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) confirmed that VillageMD's "***pervasive underperformance affected all markets and regions***" from September 2020 through at least July 2022 and, as a result, the "***vast majority of the Walgreens co-located clinics were underperforming***" Walgreens' expectations. ¶89.<br><br>- CW2 (VillageMD's former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022) stated that he opened 30 clinics in Arizona (the first region post-Pilot) in 2021, and "***all of them***" underperformed. ¶¶87-88.<br><br>- CW3 (a Business Development Director at VillageMD from April 2019 until June 2023) reported that on a national level, only "30% of the co-located clinics did well," while the other 70% "***were dismal failures***" that underperformed Walgreens' targets, many by a wide margin, and noted that these problems never improved during his tenure. ¶¶90, 107.<br><br>- CW4 (VillageMD's Director of Clinical Operations in Arizona from July 2021 until Aug. 2022) likewise confirmed that |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

VillageMD's provider and patient shortages were "well known" from the time he started at VillageMD in July 2021, and "nothing changed" by the time he left in August 2022. ¶91.

- CW5 (Walgreens Regional Implementation Team Lead in Florida from July 2021 until April 2023), CW6 (VillageMD's Regional Practice Administrator in Rhode Island from March 2021 to Oct. 2021), CW7 (VillageMD Senior Director of Strategic Growth since March 2020), CW8 (Walgreens Regional Implementation Team Lead in Florida from Jan. 2019 until June 2023), and CW9 (Walgreens Director of Revenue Cycle Management for the U.S. Healthcare segment from Sept. 2021 until July 2023) similarly attested that VillageMD's dramatic financial underperformance of co-located clinics, which was not meeting Walgreens' expectations, was obvious not only in Arizona, but in *virtually all other regions Walgreens sought to penetrate throughout 2021*. ¶¶91-92.

- **Physicians refused to practice medicine at a Walgreens**. Former employees uniformly described how Walgreens rolled out "too many clinics, too fast," such that it could not hire sufficient doctors to staff the clinics resulting in the "vast majority" of VillageMD clinics underperforming at all times. ¶¶93-106. For instance:

  - CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical

3

Director from Sept. 2020 until July 2022) described "***serious performance issues at Village***," including "finding doctors with patient panels in close proximity to a co-located clinic, and ***finding doctors willing to work in a Walgreens store at all***." ¶86.

- CW2 (VillageMD's former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022) recalled that "the problem" causing all 30 clinics CW2 opened in Arizona in 2021 to underperform "was finding providers," explaining "it took us so long to get providers" that clinics slated to open experienced delays or were never opened. ¶98. CW3, (a Business Development Director at VillageMD from April 2019 until June 2023) who identified and recruited physicians willing to relocate to Walgreens' clinics, recalled that there were "real challenges" "staffing physicians" with "significant competition" from the start and doctors very reluctant to become a "doc-in-a-box"; indeed, finding doctors willing to relocate was so challenging that a number of Arizona clinics were "never [] able to recruit a doctor." ¶¶94-96. CW3 further described how "***upwards of 50% of Village clinics [nationwide] had staffing shortages***," noting that these issues existed "***across the country and the issues never improved***." ¶102.

- CW4 (VillageMD's Director of Clinical Operations in Arizona from July 2021

4

until Aug. 2022) confirmed that "finding a physician [wa]s difficult" from the start and only "became harder" throughout his tenure, particularly because "***there was no consideration or thought of how to sustain this growth*** or a marketing plan associated with this project." ¶97. CW10 (a Practice Manager for VillageMD in Phoenix, Arizona from March 2020 until Sept. 2022 responsible for staffing clinics) built out approximately 40 co-locations that they "were never able to staff" and likewise explained that the rollout "***was not sustainable***" because Walgreens and VillageMD "***couldn't hire physicians as fast as they were building in Walgreens***." ¶99.

- CW5 (Walgreens Regional Implementation Team Lead in Florida from July 2021 until April 2023) confirmed that even after "construction was done" the "stores sat empty for months…because doctors were not available." The staffing issues were nationwide. ¶102. CW8 (Walgreens Regional Implementation Team Lead in Florida from Jan. 2019 through June 2023) similarly confirmed that Walgreens opened clinics "too fast and that doctors and nurses could not be recruited to properly staff them," therefore "there was nobody to run them" so they "sat empty for months." ¶103.

- CW4 and CW8 also confirmed that the VillageMD co-locations were supposed to be full-service clinics with extended hours but had to reduce the hours of

| | | | | operation to close at 5 p.m. and on weekends because they were so understaffed, which impacted profitability. ¶101.<br><br>- CW6 (VillageMD's Regional Practice Administrator in Rhode Island from March 2021 to Oct. 2021) echoed that VillageMD simply "***did not have enough staff to support all the centers that they were acquiring***" and "***were not sustaining what they had prior to investing in new offices***." ¶104.<br><br>- CW11 (VillageMD Regional Administrator in Houston, Texas from Nov. 2020 until Feb. 2022) recalled there were five to ten facilities "going on-line" in mid-2021 with "no doctors to staff them" and "we knew we weren't going to fill the vacancies," but "***were being told by the tippy top to just build it***". Consequently, the "opening" of those clinics ***served no other purpose but to allow Walgreens to*** "***cook the books and look super profitable***." ¶105.<br><br>• **Patients overwhelmingly refused to receive primary care treatment at a Walgreens.** Former employees uniformly describe how Walgreens experienced a severe lack of patient demand across virtually every market nationwide. ¶¶107-114. For example:<br><br>- CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) |

confirmed that Walgreens opened "more clinics than they had patients for" and was "*paying a whole staff to manage a clinic…without the patient panel to [] create any revenue*…" ¶110.

- CW3 (VillageMD Business Development Director from April 2019 until June 2023) estimated that only "*30%*" of co-located clinics "*on a national level*" had patient panels that were full enough to meet Walgreens' financial projections, *meaning that approximately 70% of clinics were at all times underperforming Walgreens' targets*, and from April 2019 through at least June 2023, "*these problems never got solved*." ¶107. CW3 further recalled that most "physicians that were ultimately hired came out of enclosed environments" in "a system or a hospital," with no patient panels "because the system owns the patients." ¶109.

- CW4 (VillageMD Director of Clinical Operations in Arizona from July 2021 until Aug. 2022) recalled that some providers would "*see only three patients a day*." ¶107.

- CW13 (Walgreens VP of Pharmacy and Retail Operations who left in November 2023 after 20 years) stated that "patients weren't coming to the Walgreens" so the "*model didn't work*." ¶112.

- CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until

| | | | | Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022), CW4 (VillageMD Director of Clinical Operations in Arizona from July 2021 until Aug. 2022), CW14 (VillageMD VP of Market Integration from Feb. 2020 through Jan. 2021), CW15 (Walgreens Regional Manager for Implementation in Florida from March 2019 through July 2023) and, CW16 (VillageMD Regional President for the Central Region from Jan. 2016 through July 2023) explained that patients did not want to treat at Walgreens because those clinics were perceived as "Minute Clinic[s]." ¶¶113-14.

- CW3 (VillageMD Business Development Director from April 2019 until June 2023), CW4 (VillageMD Director of Clinical Operations in Arizona from July 2021 until Aug. 2022), and CW7 (VillageMD Senior Director of Strategic Growth since March 2020) confirmed patients were reluctant to travel to a new site thus patient retention was not "robust." ¶¶111-12, 119.

• **The severe and systemic shortage of doctors and patients was exacerbated by Walgreens' strategy of opening clinics at poorly performing stores.** Former employees explained that Walgreens engaged in a strategy of locating clinics in poorly performing stores in hopes that patients visiting VillageMD's clinics would now fill their prescriptions at Walgreens and also increase the store's retail sales via increased foot traffic. ¶¶115-19. As |

|  |  |  |  | directed by Defendants, however, this strategy meant VillageMD clinics were often built in undesirable and unsafe areas, making it even more difficult for VillageMD to attract providers and patients. *Id.* |
|  |  |  |  | - CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) confirmed that Walgreens' selection of stores that ***"weren't highly productive"*** and were in less than desirable areas proved to be a challenge. ¶117. |
|  |  |  |  | - CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept.) reported that Walgreens ***"overwhelmingly" located clinics in "stores where they did not have high profitability"*** that were "undesirable," and it resulted in a "revolving door of providers." ¶116. |
|  |  |  |  | - CW3 (VillageMD Business Development Director from April 2019 until June 2023) also acknowledged that Walgreens' placement of clinics in "***high crime areas" and "extremely undesirable locations***" exacerbated staffing issues. ¶119. |
|  |  |  |  | - CW7 (VillageMD Senior Director of Strategic Growth since March 2020) stated that Walgreens' strategy of placing clinics in poorly performing stores in |

| | | | | |
|---|---|---|---|---|
| | | | | run-down neighborhoods resulted in patient demand so low that VillageMD had to ask Walgreens for help in generating and referring patients to clinics. ¶119.<br><br>- CW17 (Walgreens' Group VP, Operations Planning and Strategic Initiatives from May 2019 until May 2022) reported that Walgreens moving VillageMD into retail stores that were "not profitable," was "the biggest issue" that prevented Walgreens from profitably scaling the clinic rollout. ¶118.<br><br>• **VillageMD's refusal to accept Medicaid undermined a key benefit of the strategy for Walgreens—an increase in prescription fills by VillageMD patients at Walgreens' pharmacies.** In addition to exacerbating the physician and patient shortages that were already causing VillageMD's clinics to underperform, Defendants' strategy of placing clinics in undesirable store locations had another negative side effect; namely, the primary patient pools in those areas were patients insured by Medicaid. ¶120. Former employees, however, confirm, VillageMD did not accept Medicaid, which reduced any uplift in prescription fills at Walgreens pharmacies from VillageMD patients, which was the principal "synergy" for Walgreens from the VillageMD initiative. ¶¶43, 120.<br><br>- CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) stated that 50% of co-located clinics were |

| | | | | in areas with large populations of Medicaid patients, but ***"VillageMD did not accept Medicaid,"*** and therefore VillageMD could not have provided any "uplift" in the number of prescriptions filled by Walgreens for patients on Medicaid. He added that Walgreens' strategy ***"would never work"*** because ***"Village wasn't in the business of taking Medicaid patients*** ." ¶121.<br><br>- CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022) reported that Walgreens ***"overwhelmingly" located clinics in "stores where they did not have high profitability,"*** and as a result, clinics were often located in undesirable and "high Medicaid areas," which reduced the profitability of VillageMD's business model and resulted in a "revolving door of providers." ¶116.<br><br>- CW15 (Walgreens Regional Manager for Implementation in Florida from March 2019 through July 2023) similarly reported that Walgreens established many co-located sites in areas where ***Medicaid was the "primary patient group" even though VillageMD did not accept Medicaid*** . ¶122. |
|---|---|---|---|---|
| **Statement #:** 2<br><br>**Speaker(s):** Walgreens | "With this investment, VillageMD can accelerate its strategy of providing comprehensive, coordinated care through a primary care model, including expansion into broader service lines." ¶202. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| When:<br>10/14/21<br><br>**Where:**<br>Press Release filed on Form 8-K<br><br>(¶202), DX. 6 at 1-2 | "Through its partnership with VillageMD, Walgreens is the first national pharmacy chain to offer full-service primary care practices with primary care physicians and pharmacists co-located at its stores all under one roof at a large scale." ¶202. | | | • **It was misleading for Defendants to announce the opening of new clinics staffed with physicians providing primary care when those clinics lacked doctors and patients.** Multiple former employees describe how, contrary to Defendants' statements that the Company was purportedly opening and successfully operating "full-service primary care practices with primary care physicians" "at a large scale," and how many more would open by the end of the calendar year, in reality, the "vast majority" of clinics nationwide lacked sufficient doctors to operate, had few—if any—patients, and were performing dramatically below the Company's expectations. ¶¶86, 88-114, 158, 202-05.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #**: 3<br><br>**Speaker(s):**<br>Walgreens, Kehoe<br><br>**When:**<br>10/14/21<br><br>**Where:**<br>Press Release filed on Form 8-K;<br>FY 2021 Earnings and Investor Day Call<br><br>(¶206), DX. 8 at 3, DX. 9 at 16, 33 | **Press Release:** "Beyond fiscal 2024, the company's long-term growth algorithm leads to adjusted EPS growth of 11 to 13 percent, as the faster growing and higher margin [U.S. Healthcare segment] achieves scale." ¶206.<br><br>**Earnings Call:** "Bear in mind this is the way you could think about this as well, the new segment we're setting up will generate significant and material revenue and profits well into the future. And don't let it be lost on you that the growth rate we see even beyond 2024, 25, as we call those high teens. So, this is not an entity that would be growing 5% and the terminal value of something that's growing at 18% is quite interesting." ¶206. | Forward-Looking Statement (DB11-14) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Walgreens could not profitably scale or even profitably operate the "Village Medical at Walgreens" initiative at any time during the Class Period.** Defendants' growth projections for U.S. Healthcare (which was predominated by VillageMD), including "significant and material revenues and profits well into the future," "growth rates" reaching the "high teens" as early as 2025, and Defendants' full Company "EPS growth" guidance of "11% to 13%" by fiscal 2025 with "7 percentage points of growth" attributed solely to the U.S. Healthcare segment, lacked any reasonable basis in fact |

| | | | | |
|---|---|---|---|---|
| | **Earnings Call:** "<u>Our long-term growth will be highly influenced by the pace of healthcare investments</u>. And over the long-term horizon, <u>we see a clear path to a growth model that aims for EPS growth of 11% to 13%</u>. Starting in fiscal '22, we will ramp up healthcare investments to build out our long-term growth engine. And over the next 3 years, we expect EPS growth of around 4% with growth accelerating each year as the healthcare investments generate increasing returns." ¶206.<br><br>**Earnings Call:** "The healthcare segment contributes <u>7 percentage points of growth</u> and share repurchases contribute around 3%." ¶206. | | | at the time that they were made because, as multiple former employees confirm, the majority of clinics nationwide substantially underperformed operational plans and missed profitability targets. ¶¶86, 88-92, 158, 206-207.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 4<br><br>**Speaker(s):** Brewer<br><br>**When:**<br>10/14/21<br><br>**Where:**<br>FY 2021 Earnings and Investor Day Call<br><br>(¶208), DX. 9 at 12 | "While we already have a fantastic partnership with VillageMD, our ownership stake gives us a greater opportunity to expand and accelerate, while further coordinating our assets to drive better outcomes. We <u>already know how to work with VillageMD. We know how to scale their model</u>. We built co-located clinics at many Walgreens locations and have continued to learn while we did." ¶208. | No False Statement of Fact (DB18-20) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Walgreens could not profitably scale VillageMD's business model.** Contrary to Defendants' representations that Walgreens "know[s] how to work with VillageMD" and "know[s] how to scale" in reality, the VillageMD rollout was an unbridled disaster from its start due to a perennial lack of doctors and patients. Multiple CWs describe how Walgreens rolled out "too many clinics, too fast," such that it could not hire sufficient doctors to staff the clinics and likewise experienced a severe lack of patient demand across virtually every market, resulting in the "vast majority" of VillageMD clinics underperforming at all times. ¶¶86, 88-114, 158, 208-09. As a result, Walgreens could not profitably scale or even profitably operate |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | | | | the VillageMD initiative at any time during the Class Period. *Id.*<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #**: 5<br><br>**Speaker(s):**<br>Brewer; Kehoe<br><br>**When:**<br>10/14/21<br><br>**Where:**<br>FY 2021 Earnings and Investor Day Call<br><br>(¶208), DX. 9 at 12, 27<br><br><br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>11/29/21<br><br>**Where:**<br>Evercore Investor Conference<br><br>(¶208) | **Earnings and Investor Day Call**, Brewer stated: "And there are great opportunities to bring the physician and pharmacist together to improve overall care. <u>One thing that is very important about VillageMD and a primary reason we started this partnership to begin with is that they are focused on all patient populations: Medicare, Medicare Advantage, Medicaid, commercial and the uninsured.</u>" ¶208.<br><br>**Earnings and Investor Day Call**, Kehoe stated that they accept "<u>all types of insurance</u>, they get the scale far quicker than most of the other participants in this market." ¶208.<br><br><br><br>**Evercore Investor Conference**, Brewer stated: "<u>One thing that is very important about VillageMD and the key reason we started this partnership is that they're focused on all patient populations: Medicare and Medicare Advantage, Medicaid, commercial and the uninsured</u>. This was a really important aspect for us since it allows us to serve patients across their life journey. For most people, our primary care doctor stays with you throughout your life, and we think VillageMD's model really supports this vision." ¶208 n.27. | No False Statement of Fact (DB20-21) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.4) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **VillageMD did not accept Medicaid.** Contrary to Defendants' representations that VillageMD was "focused on all patient populations" and accepts "all types of insurance," including "Medicaid," VillageMD did not accept Medicaid. ¶¶116, 121-22, 208. VillageMD's refusal to accept Medicaid undermined any uplift in prescriptions—the principal "synergy" for Walgreens—from a significant portion of pharmacy customers at the stores Walgreens selected for clinics. ¶210. Former employees confirm VillageMD did not accept Medicaid:<br><br>- CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) stated about 50% of co-located *clinics were located in underserved areas with large populations of Medicaid patients which "created headwinds" for Walgreens because "VillageMD did not accept Medicaid"* and, therefore, VillageMD could not have provided any "uplift" in the number of prescriptions filled by Walgreens for patients on Medicaid. ¶121. He added that Walgreens' strategy "*would never work*" |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Speaker(s):** Brewer **When:** 1/11/22 **Where:** JP Morgan Healthcare Conference (¶208) | **JP Morgan Healthcare Conference**, Brewer stated: "Our increased investment taking our stake to 63% is giving us and VillageMD a greater occasion to expand and accelerate these efforts while further coordinating our combined assets to drive better outcomes. One thing that is very noteworthy about VillageMD and is a key reason we started this partnership is that they are focused on all patient populations, Medicare and Medicare Advantage, Medicaid, commercial and the uninsured." ¶208 n.27. | | | because "Village wasn't in the business of taking Medicaid patients." *Id.* <br><br>- CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022) reported that Walgreens "overwhelmingly" located clinics in "stores where they did not have high profitability," and as a result, clinics were often located in undesirable and "high Medicaid areas," which reduced the profitability of VillageMD's business model. ¶116. <br><br>- CW15 (Walgreens Regional Manager for Implementation in Florida from March 2019 to July 2023) confirmed that Walgreens established many co-located sites in areas with high Medicaid populations even though VillageMD did not accept Medicaid. ¶122. |
| **Statement #:** 6 **Speaker(s):** Walgreens **When:** 11/12/21 **Where:** Press Release posted to the Investor Relations tab of Walgreens' website | "Walgreens Boots Alliance (Nasdaq: WBA) and VillageMD announced plans to open 20 new Village Medical at Walgreens primary care practices in the Tampa area over the next year." ¶211. <br><br>"Walgreens and VillageMD have formed a strategic partnership and the companies are on track to open 1,000 primary care practices by 2027. More than 80 Village Medical at Walgreens practices will be opened by the end of 2021." ¶211. | Forward-Looking Statement (DB11-14) No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6) Defendants Misrepresented | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. <br><br>- **The vast majority of VillageMD co-located clinics lacked the doctors and patients necessary to operate.** Defendants' statements touting the planned opening of 20 new VillageMD primary care practices in Tampa and 80 nationwide by the end of 2021 created a material misimpression that the clinic rollout and healthcare strategy were proceeding smoothly and successfully, when |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| (¶211), DX. 10 at 1-2. | | | or Concealed Material Facts (Opp. §II.A.3) | in reality the vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients. ¶¶86, 88-114, 158, 213-14.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 7<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>11/29/21<br><br>**Where:**<br>Evercore Investor Conference<br><br>(¶212), DX. 12 at 1-2, 4-5. | "We have a cohesive plan that in the long term, we believe, will deliver sustainable, low-teens EPS growth. This is based on our robust ambitious, yet very achievable and, perhaps most importantly, our integrated health care, pharmacy, and retail strategies. We continue to advance our new health care initiatives, and we're on track to achieve our goals for this new segment." ¶212.<br><br>"We have momentum in our business and proof that we can execute at pace, and we have demonstrated that we can provide impactful results at scale the pandemic further affirmed." ¶212.<br><br>"Our $5.2 billion investment closed on November 24, increasing our stake to 63%. We already know how to work with VillageMD to scale their model. Together, we are now operating physician clinics at 70 Walgreens locations and have continued to gain important learnings along the way." ¶212.<br><br>"Lastly, and as I mentioned earlier, our expanded partnership with VillageMD will allow us to scale the number of co-located clinics towards 1,000 units by 2027. This will give us unprecedented reach and scale with ambitions to generate approximately | Forward-Looking Statement (DB11-14)<br><br>Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-20) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Walgreens could not profitably scale or even profitably operate the "Village Medical at Walgreens" initiative at any time during the Class Period.** Brewer's assurances that the VillageMD strategy was "on track" and Walgreens knew how to scale VillageMD's model, providing Walgreens with "unprecedented reach and scale[,]" were false and materially misleading as, in reality, the VillageMD rollout was an unbridled disaster from its start due to a perennial lack of doctors and patients. ¶¶86, 88-114, 158, 212, 214. Moreover, it was highly misleading for Brewer to state that "[w]e have momentum in our business and proof that we can execute at pace," when the substantial majority of clinics that had already opened were "dismal failures" due to chronic understaffing and lack of patient demand—problems that were only exacerbated by Walgreens' attempt to rapidly scale the model. ¶¶90, 213-14.<br><br>*See* summary of supporting factual allegations for Statement #1. |

16

| | | | | |
|---|---|---|---|---|
| | $10 billion in annual revenue by fiscal year 2025." ¶212.<br><br>(Emphasis omitted where analyzed in False Statement #8). | | | |
| **Statement #**: 8<br><br>**Speaker(s)**: Brewer<br><br>**When**: 11/29/21<br><br>**Where**: Evercore Investor Conference<br><br>(¶212), DX. 12 at 4. | "Our $5.2 billion investment closed on November 24, increasing our stake to 63%. We already know how to work with VillageMD to scale their model. Together, <u>we are now operating physician clinics at 70 Walgreens locations</u> and have continued to gain important learnings along the way." ¶212.<br><br>(Emphasis omitted where analyzed in False Statement #7). | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** By touting the number of VillageMD clinics that the Company was purportedly opening and successfully operating, Brewer created a material misimpression that the clinic rollout and healthcare strategy were proceeding smoothly and successfully, when, in reality, at least 50% of these co-located clinics nationwide lacked the doctors and medical staff needed to successfully operate. ¶¶86, 88-114, 158, 213-14.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #**: 9<br><br>**Speaker(s)**: Walgreens; Kehoe<br><br>**When**: 1/6/22 | **Press Release**: "<u>Rollout of VillageMD continues with 81 co-located centers now open</u>, and 160+ targeted for CY22 year-end." ¶215.<br><br>**Earnings Call**: "We have 81 VillageMD co-located centers now open as <u>the rollout has accelerated to a pace of a new opening every</u> | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** By |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| Where: Press Release filed on Form 8-K; Q1 2022 Earnings Call (¶¶215-16), DX. 14 at 5. | four to five days for calendar year 2022." ¶216.<br><br>"We continue to expand the VillageMD footprint, and we'll be in expansion mode for the foreseeable future. VillageMD currently has 257 locations across 18 markets, 81 of which are co-located with Walgreens stores, up from 55 at the end of fiscal '21. The goal is to have at least 160 co-located clinics in place by the end of '22. Both VillageMD and Shields are on a high growth trajectory." ¶216.<br><br>(Emphasis omitted where analyzed in False Statement #10). | | | touting the number of VillageMD clinics that the Company was purportedly opening and successfully operating, Defendants created a material misimpression that the clinic rollout and healthcare strategy were proceeding smoothly and successfully, when, in reality, at least 50% of co-located clinics nationwide lacked the doctors and patients necessary to successfully operate and, as a result, the substantial majority of clinics that it had already opened were "dismal failures"" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 217-18.<br><br>*See* summary of supporting factual allegations for Statement #1. |
|---|---|---|---|---|
| **Statement #:** 10<br><br>**Speaker(s):** Kehoe; Brewer<br><br>**When:** 1/6/22<br><br>**Where:** Press Release; Q1 2022 Earnings Call (¶¶215-16), DX. 13 at 2; DX. 14 at 2, 5 | **Annual Report on Form 10-K**: "Rollout of VillageMD continues with 81 co-located centers now open, and 160+ targeted for CY22 year-end." ¶215.<br><br>**Earnings Call** Brewer stated: "As we will show you today, we are delivering well against our Investor Day commitment as laid out in October, and making meaningful progress towards our strategic priorit[y]." ¶216.<br><br>**Earnings Call** Kehoe stated: The "[U.S. Healthcare] segment is tracking well against its key milestones with both the Shields and VillageMD transactions closing in the first quarter and the Walgreens Health organic business continuing to invest in future growth." ¶216.<br><br>**Earnings Call** Kehoe stated: "We continue to expand the VillageMD footprint, and we'll be in expansion mode for the | Forward-Looking Statement (DB11-14)<br><br>Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants had no basis to tout the planned openings of hundreds of VillageMD primary care practices each year, as "making meaningful progress" when, in reality, Walgreens was unable to attract doctors or patients needed to successfully operate the VillageMD co-located clinics opened to date. ¶¶86, 88-114, 158, 217-18. Moreover, it was highly misleading for Defendants to reinforce the false impression that the VillageMD rollout was being executed successfully by stating that Walgreens was "tracking well against [] key milestones," but the substantial majority of clinics that it had |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | foreseeable future. VillageMD currently has 257 locations across 18 markets, 81 of which are co-located with Walgreens stores, up from 55 at the end of fiscal '21. <u>The goal is to have at least 160 co-located clinics in place by the end of '22.</u> Both VillageMD and Shields are on a high growth trajectory." ¶216.<br><br>(Emphasis omitted where analyzed in False Statement #9). | | (Opp. §II.A.3) | already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 217-18.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 11<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>1/11/22<br><br>**Where:**<br>J.P. Morgan Conference<br><br>(¶219), DX. 17 at 2-3 | "First, I'm going to focus on our new Walgreens Health segment, which is <u>on track toward long-term targets.</u> We've made several important foundational steps toward building our next growth engine. In particular, I will discuss the <u>tremendous growth potential of VillageMD.</u>" ¶219.<br><br>Brewer represented that "[w]ith $1.3 billion in 2021 sale and 104% compound annual sales growth over the past two years, <u>VillageMD is a unique business that has the scale and momentum to drive tremendous long-term growth,</u>" noting that VillageMD had "<u>a clear path to national expansion and rapid growth, especially given their partnership with Walgreens.</u>" ¶219.<br><br>"Today I'm delighted to announce that we are raising our goal for calendar year 2022 from 160 co-located clinics to at least 200. Both VillageMD and Shields are <u>on a high-growth trajectory.</u>" ¶219.<br>"As mentioned earlier, we have raised our goal to 200 collated centers -- co-located centers by the end of 2022, and we are well on the way to at least 1,000 by calendar 2027. <u>Execution along these long-term</u> | Forward-Looking Statement (DB11-14)<br><br>Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-20) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Walgreens could not profitably scale or even profitably operate the "Village Medical at Walgreens" initiative at any time during the Class Period.** Defendants' earnings growth statements, including that VillageMD was "on a high-growth trajectory," had "the scale and momentum to drive tremendous long-term growth," had "a clear path to national expansion and rapid growth," and that "execution" which was purportedly "on track" would accelerate "WBA's EPS growth to low teens beyond fiscal 2024," lacked any reasonable basis in fact when made because Walgreens could not profitably scale or even profitably operate VillageMD at any time throughout the Class Period due to a host of basic, undisclosed, and unresolved obstacles, including a chronic shortage of doctors, and chronically low patient demand. ¶¶220-22. As a result, the "vast majority" of VillageMD clinics substantially underperformed Walgreens' |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | targets will . . . accelerate WBA's EPS growth to low teens beyond fiscal 2024." ¶219. | | | targets from inception. 86, 88-114, 158, 220-22.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 12<br><br>**Speaker(s):** Brewer<br><br>**When:** 1/11/22<br><br>**Where:** J.P. Morgan Conference<br><br>(¶219), DX. 17 at 3 | "Village MD currently has <u>257 locations across 18 markets,</u> with a clear path to national expansion and rapid growth, especially given their partnership with Walgreens." ¶219.<br><br>"81 VillageMD co-located primary care centers are already open. And the rollout <u>has accelerated to an average pace of one opening every three days for calendar year 2022.</u>" ¶219.<br><br>(Emphasis omitted where analyzed in False Statement #11). | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** By touting the number of VillageMD clinics that the Company was purportedly opening and successfully operating, and the "accelerated" pace of the rollout—now reaching "1 opening every 3 days"— Brewer created a material misimpression that the clinic rollout and healthcare strategy were proceeding smoothly and successfully, when, in reality, the substantial majority of clinics that it had already opened were "dismal failures" (¶90) due to basic obstacles VillageMD could not resolve, including a severe shortage of doctors and patients across all regions Walgreens entered. ¶¶86, 88-114, 158, 220-22.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 13<br><br>**Speaker(s):** Brewer | "There are already 81 VillageMD primary care centers co-located with the Walgreens store, <u>meeting our stated goal of 80 for the end of calendar 2021.</u>" ¶219. | Forward-Looking Statement (DB11-14)<br><br>Puffery | No Safe Harbor: Actual Knowledge, No Meaningful Caution, | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **When:** 1/11/22 <br><br> **Where:** J.P. Morgan Conference <br><br> (¶219), DX. 17 at 1-3 | "As mentioned earlier, we have raised our goal to 200 collated centers -- co-located centers by the end of 2022, and we are well on the way to at least 1,000 by calendar 2027. Execution along these long-term targets will drive long-term high-teens sales growth for the Walgreens Health segment and accelerate WBA's EPS growth to low teens beyond fiscal 2024." ¶219. <br><br> "We're looking forward to spending some time with you to review our strong progress and momentum. And as I promised when I first came into this job 10 months ago, WBA is committed to moving quickly to execute and take bold steps towards creating sustainable value across all our stakeholders. And that's certainly showing up in the numbers and the updates we're going to share with you today. We are delivering well against the goals that we laid out at our Investor Day in October, and we're off to a very positive start to the fiscal year." ¶219. <br><br> (Emphasis omitted where analyzed in False Statement #11). | (DB14-15) <br><br> No False Statement of Fact (DB16-20) | Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6) <br><br> Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) <br><br> Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | • **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants had no basis to tout that Walgreens was meeting and "delivering well against the[ir] goals" for the end of calendar 2021 or that, "because the rollout was going so well," they raised the goal for 2022 from 160 to 200— knowing that the severe shortage of doctors and patients was a systemic problem that impacted all regions Walgreens entered and that the substantial majority of clinics that it had already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 220-22. <br><br> *See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 14 <br><br> **Speaker(s):** Walgreens <br><br> **When:** 1/20/22 2/16/22 3/17/22 4/28/22 11/14/22 | "Village Medical at Walgreens locations accept a wide range of health insurance options including Medicaid and Medicare in participating markets." ¶208 n.27 (1/20/22). <br><br> "Village Medical at Walgreens primary care practices accept a wide range of health insurance options including Medicaid and Medicare in participating markets." (¶208 n.27 (2/16/22). | No False Statement of Fact (DB20-21) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.4) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. <br><br> • **VillageMD did not accept Medicaid.** Contrary to Defendants' representations that VillageMD was "focused on all patient populations" and accepts "all types of insurance," including "Medicaid," VillageMD did not accept Medicaid. ¶¶116, |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| 4/12/23<br>8/10/23<br><br>**Where:**<br>Press release posted to the Investor Relations tab of Walgreens' website<br><br>(¶208 n.27), DX. 18 at 2; DX. 19 at 2; DX. 20 at 2; DX. 24 at 2; DX. 32 at 2 | "Village Medical at Walgreens practices accept a wide range of health insurance including Medicaid and Medicare in participating markets." ¶208 n.27 (3/17/22).<br><br>"Village Medical at Walgreens practices accept a wide range of health insurance including Medicaid and Medicare in participating markets." ¶208 n.27 (4/28/22)/<br><br>"Village Medical at Walgreens practices accept a wide range of health insurance including Medicaid and Medicare in participating markets." ¶208 n.27 (11/14/22).<br><br>"Village Medical at Walgreens practices accept a wide range of health insurance including Medicaid and Medicare in participating markets." ¶208 n.27 (4/12/23).<br><br>"Village Medical at Walgreens practices accept a wide range of health insurance including Medicaid and Medicare in participating markets." ¶208 n.27 (8/10/23). | | | 121-22. VillageMD's refusal to accept Medicaid undermined any uplift in prescriptions—the principal "synergy" for Walgreens—from a significant portion of pharmacy customers at the stores Walgreens selected for clinics. ¶210. Former employees confirm VillageMD did not accept Medicaid. ¶116-121-22.<br><br>*See* summary of supporting factual allegations for Statement #5. |
| **Statement #:** 15<br><br>**Speaker(s):**<br>Walgreens<br><br>**When:**<br>3/17/22<br><br>**Where:**<br>Press release posted to the Investor | "Walgreens Boots Alliance (Nasdaq: WBA) and VillageMD today announced plans to open three new Village Medical at Walgreens primary care practices in the Southern New Hampshire area by the end of summer 2022[.]"<br>¶223.<br><br>"With the Southern New Hampshire openings, VillageMD and Walgreens will have opened approximately 100 practices across 13 markets, including Arizona, | Forward-Looking Statement (DB11-14)<br><br>No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants had no basis to tout the "100 practices across 13 markets" (including states where CWs hailed from, such as |

22

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| Relations tab of Walgreens' website (¶223), DX. 20 at 1-2 | Florida, Texas, Kentucky and Indiana. The companies are on track to open more than 200 practices by the end of 2022." ¶223. | | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | "Arizona", "Florida", and "Texas") that the Company "will have opened" or that they were "on track" to open 200 more, when, in reality, many of those clinics were unable to hire sufficient doctors, at least 50% co-located clinics nationwide lacked the doctors and patients needed to successfully operate, and the substantial majority of clinics that it had already opened were "dismal failures" due to these basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 224-25.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 16<br><br>**Speaker(s):**<br>Walgreens<br><br>**When:**<br>3/17/22<br><br>**Where:**<br>Press release posted to the Investor Relations tab of Walgreens' website (¶223), DX. 20 at 1 | "Walgreens and VillageMD Expand to New Hampshire with Three New Full-Service, Primary Care Practices Opening this Summer[.] ¶223.<br><br>"Combining VillageMD's expertise in primary care with Walgreens experienced pharmacy teams and community presence means we're now able to offer more patients an accessible, comprehensive and convenient healthcare experience[.]" ¶223. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants had no basis to tout that Walgreens offered "comprehensive" "full-service, primary care" practices given they failed to disclose the highly material fact that at least 50% co-located clinics nationwide lacked the doctors and medical staff needed to successfully operate, and the substantial majority of clinics that it had already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 224-25.<br><br>*See* summary of supporting factual allegations for Statement #1. |

| Statement #: 17<br><br>**Speaker(s):**<br>Walgreens; Brewer; Kehoe<br><br>**When:**<br>3/31/22<br><br>**Where:**<br>Press release on Form 8-K and Q2 2022 Earnings Call<br><br>(¶¶226-27), DX. 21 at 3; 21 at 5; 22 at 3 | **Press Release**: "Rollout of VillageMD continues with 102 co-located clinics now open, on track toward 200+ by CY22 year-end; expansion into new markets including Boston, Massachusetts; Jacksonville, Florida; and Tucson, Arizona in February; Denver, Colorado in January; and San Antonio, Texas in December." ¶226.<br><br>**Earnings Call** Brewer stated: "Nearly half our store footprint will have a healthcare touch point between our organic Walgreens Health Corners and the co-located clinics with VillageMD. VillageMD has now opened 102 co-located clinics, and the rollout has accelerated to an average pace of 1 opening every 3 days for calendar year 2022." ¶227.<br><br>**Earnings Call** Kehoe stated: "The rollout of VillageMD continues with 94 co-located clinics opened at the end of the second quarter, up from 81 at the end of the first quarter. As of today, we have 102 co-located clinics opened, progressing towards our goal of 200 by the end of calendar year 2022." ¶227.<br><br>(Emphasis omitted where analyzed in False Statement #18). | No False Statement of Fact (DB16-18) | )<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants lacked any basis to tout VillageMD's "102 co-located clinics opened" or the "expansion into [five] new markets" as evidence that the Company was purportedly opening and successfully operating, when, in reality, the severe inability to attract doctors and patients was a systemic problem that impacted all regions and the substantial majority of clinics that it had already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 228-29.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| Statement #: 18<br><br>**Speaker(s):**<br>Kehoe<br><br>**When:**<br>3/31/22 | **Press Release**: "Rollout of VillageMD continues with 102 co-located clinics now open, on track toward 200+ by CY22 year-end; expansion into new markets including Boston, Massachusetts; Jacksonville, Florida; and Tucson, Arizona in February; Denver, Colorado in January; and San Antonio, Texas in December." ¶226. | Forward-Looking Statement (DB11-14)<br><br>No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Where:** Press release on Form 8-K and Q2 2022 Earnings Call (¶226), DX. 21 at 5; 21 at 12; 22 at 3 | **Earnings Call**: Kehoe stated, "[t]he rollout of VillageMD continues with 94 co-located clinics opened at the end of the second quarter, up from 81 at the end of the first quarter. As of today, we have 102 co-located clinics opened, <u>progressing towards our goal of 200 by the end of calendar year 2022</u>. ¶227.<br><br>. . .<br>There's absolutely no impact on long-term projections here. I would actually say quite the opposite. Just look at the pro forma sales growth that we're seeing on the 2 businesses, VillageMD growing 145% and Shields which is actually among mature businesses even and Village growing at 63%. So Shields is probably substantially ahead of the original plan we have in mind and <u>Village is very much on the track</u>." ¶227.<br><br>(Emphasis omitted where analyzed in False Statement #17). | | "Mixed" (Opp. §II.A.6)<br><br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Defendant Kehoe lacked any reasonable basis to state that "Village is very much on the track," and that they were "progressing towards our goal of 200 by the end of calendar year 2022" when in reality, many of those clinics were unable to hire sufficient doctors needed to operate them and the substantial majority of clinics that Walgreens had already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 227-229.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 19<br><br>**Speaker(s):** Brewer<br><br>**When:** 3/31/22<br><br>**Where:** Q2 2022 Earnings Call (¶227), DX. 21 at 3 | "We are <u>executing on our vision today</u>. Our partnership with VillageMD positions them to be one of the largest and most differentiated primary care providers in the U.S. The collaboration is <u>a significant growth catalyst</u> driving 1,000 co-located clinics across more than 30 markets by 2027. VillageMD is in 22 markets today, most recently expanding to Boston, Jacksonville and Tucson in February; Denver in January; and San Antonio in December. <u>VillageMD's care delivery model is highly scalable with attractive unit economics over time</u>." ¶227. | Puffery (DB14-15) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendant Brewer had no basis to tout that the VillageMD partnership was "a significant growth catalyst," that its model was "highly scalable with attractive unit economics over time," or that we are "executing on our vision today[,]" because, in reality, the severe inability to attract doctors and patients was a |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | | | | systemic problem that impacted all regions, and was only exacerbated by Walgreens' attempt to rapidly scale the model. ¶¶86, 88-114, 158, 227-229.<br><br>*See* summary of supporting factual allegations for Statement #1. |
| **Statement #:** 20<br><br>**Speaker(s):**<br>Walgreens; Brewer; Kehoe<br><br>**When:**<br>6/30/22<br><br>**Where:**<br>Press release on Form 8-K and Q3 2022 Earnings Call<br><br>(¶¶230-31), DX. 25 at 3, 5-6; 26 at 3; 26 at 5 | **Press Release signed by Kehoe**: Walgreens had "[c]ontinued the rollout of VillageMD with 120 co-located clinics now open, on track toward 200 by end of CY22" and that, "[a]s of the end of the third quarter, VillageMD had 315 total clinics open, an increase of 97 clinics compared to the year-ago quarter." According to the press release, during the quarter "VillageMD grew 69 percent, reflecting existing clinic growth and footprint expansion." ¶230.<br><br>**Earnings Call** Brewer stated: "Walgreens Health is reimagining health care by making it personal. To achieve this goal, we are creating a network of industry-leading health care service providers with the experience and capabilities to help people build relationships with primary care professionals, pharmacists, and in-home care teams in their communities. Our largest partnership, VillageMD, continues its rollout of co-located clinics with 120 now open, on pace towards 200 by the end of 2022. VillageMD is in 22 markets today[.]" ¶231.<br><br>**Earnings Call:** Kehoe stated that "[a]t the end of the third quarter, VillageMD had 315 clinics, an increase of 97 clinics year-over-year" and that "[t]he rollout of VillageMD | No False Statement of Fact (DB16-20) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' Statements lacked a reasonable basis.** Defendant Kehoe lacked any basis to tout they had "120 co-located clinics now open" which was "an increase of 97 clinics year-over-year," and that "VillageMD grew 69 percent" during the quarter as evidence that Walgreens was purportedly opening and successfully operating these clinics because many of those clinics were unable to hire sufficient doctors to operate them. ¶¶86, 88-114, 158, 230, 232-35.<br>*See* summary of supporting factual allegations for Statement #1.<br><br>• **Walgreens secretly abandoned its rollout of co-located clinics by June 2022.** The VillageMD initiative was such an unmitigated disaster that June 2022, Walgreens' management secretly made the decision to completely shut down the VillageMD rollout and reverse course on the Company's transformational primary care strategy, as evidenced by multiple high ranking former employees of both Walgreens and VillageMD. |

| | | | |
|---|---|---|---|
| continues, with 120 co-located clinics <u>opened at the end of the third quarter, up from 94 at the end of the second quarter.</u>" ¶231.<br><br>(Emphasis omitted where analyzed in False Statement #21). | | | - CW1 (VillageMD EVP from Dec. 2021 until July 2022 and National Medical Director from Sept. 2020 until July 2022) CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022), and CW18 (Walgreens District Manager in Atlanta, Georgia, with Walgreens for 30 years until his departure in Nov.2023) *confirmed that the VillageMD rollout was proceeding so poorly that, by mid-2022, Walgreens' management had secretly made the critical, strategic decision to put a hold on, and begin winding down, the opening of all new co-located VillageMD clinics nationwide*, which made it "*difficult to meet projections*" for targeted numbers of clinic openings. ¶¶123, 132-33, 135.<br><br>- CW5 (Walgreens Regional Implementation Team Lead in Florida from July 2021 until April 2023) described how *by mid-2022, the entire rollout of VillageMD co-located clinics had been put on a nationwide hold*, explaining that "they slowed it to a crawl and then they just said – we're not doing any more" so "we had multiple stores that were slated to go through the conversion and, all of a sudden…, in mid-2022, they were all put on hold." ¶¶124-26.<br><br>- CW7 (VillageMD Senior Director of Strategic Growth since March 2020) similarly recalled how "*by early 2022,*" |

the focus had shifted from recruiting doctors for new locations to "developing and retaining patients." ¶130.

- CW 15 (Walgreens Regional Manager, Implementation in South Florida from March 2019 to July 2023) agreed there was "definitely" a slowdown of buildouts around June 2022 and, as a result, *a lot of completed buildouts "just sat empty"* and some that never opened, including 6 to 8 in the South Florida region alone. ¶134.

- Walgreens inserted its own senior executive into VillageMD to shut the rollout down and stop the bleeding.

  - CW2 (VillageMD former Arizona Executive Director from Feb. 2021 until Dec. 2021 and Market President for Arizona from Jan. 2022 through Sept. 2022) explained that, rather than continue VillageMD clinic implementation, Walgreens needed to install its own executive within VillageMD to be the "course corrector" because "*we weren't able to fill them and they weren't growing.*" ¶132.

  - CW3 (VillageMD Business Development Director from April 2019 until June 2023), and CW12 (VillageMD National Medical Director in Texas from Feb. 2023 until Aug. 2024) each described how things changed dramatically after Vainisi arrived. According to CW3, *Vainisi directed CW3 and other VillageMD employees to*

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | | | | *"tap the brakes" on acquisition activities,* implement *"cost controls" at existing clinics,* and *"tighten the belt."* ¶131. And, according to CW12, Vainisi's installation within VillageMD coincided with a broad recognition that VillageMD needed a "significant reduction of overall expenses" and that "both co-located clinics and standalone clinics" were being closed around the time he joined VillageMD in early 2023. ¶¶127-28, 132.<br><br>- CW12 further stated that, under Vainisi's leadership, not only was there a change in strategy whereby *VillageMD "stopped growing and expanding their site numbers,"* but *VillageMD also stopped trying to acquire new physician practice groups* at this time. ¶129. |
| **Statement #:** 21<br><br>**Speaker(s):**<br>Walgreens; Brewer; Kehoe<br><br>**When:**<br>6/30/22<br><br>**Where:**<br>Press release on Form 8-K and Q3 2022 Earnings Call<br><br>(¶¶230-31), DX. 25 at 3; 26 at 3; 26 at 5 | **Press Release signed by Kehoe:** Walgreens had "[c]ontinued the rollout of VillageMD with 120 co-located clinics now open, <u>on track toward 200 by end of CY22</u>[.]" ¶230.<br><br>**Earnings Call** Brewer stated: "<u>Our largest partnership, VillageMD,</u> continues its rollout of co-located clinics with 120 now open, <u>on pace towards 200 by the end of 2022.</u> VillageMD is in 22 markets today[.]" ¶231.<br><br>**Earnings Call** Kehoe stated: "<u>We are progressing towards our goal of 200 by the end of this calendar year.</u>" ¶231.<br><br>(Emphasis omitted where analyzed in False Statement # 20). | Forward-Looking Statement (DB11-14)<br><br>No False Statement of Fact (DB16-18) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' Statements lacked a reasonable basis.** Defendant Kehoe lacked any reasonable basis to tout that Walgreens was "on track toward 200 [clinic openings] by end of CY22" because many of the clinics sat completely empty due to the chronic doctor and patient shortages, and over 70% of the clinics underperformed Walgreens' expectations, and as a result, Brewer and Kehoe internally decided to wind down the rollout due to its severe underperformance. ¶¶86, 88-114, 158, 230, 235. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | | | | *See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 22<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>6/30/22<br><br>**Where:**<br>Q3 2022 Earnings Call<br><br>(¶231), DX. 26 at 4; 26 at 7 | "Our consumer-centric model of increased access, engagement and convenience is working. <u>We are tracking well against all of our key milestones for [the U.S. Healthcare segment] this year</u> and remain very optimistic about our long-term growth potential." ¶231.<br><br>"<u>We've seen good success in terms of the initial investments that we've made there.</u>" So we feel like we're on a good trajectory." ¶231. | Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-20) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' Statements lacked a reasonable basis.** Defendants lacked any reasonable basis to tout that Walgreens was "tracking well against all of our key milestones" and seeing "good success" from its investments in VillageMD because the total number of clinics and co-located clinics were not "key milestones." ¶235. In fact, they were precisely the opposite: many clinics were unable to hire the doctors needed to operate them. ¶¶232-35. Further, the clinics were not in any respect a "good success" because many of the clinics sat completely empty due to the chronic doctor and patient shortages, and over 70% of the clinics underperformed Walgreens' expectations, and as a result, Brewer and Kehoe internally decided to wind down the rollout due to its severe underperformance. ¶¶86, 88-114, 158, 232-35.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 23<br><br>**Speaker(s):**<br>Walgreens; Kehoe | **Press Release**: Walgreens was "<u>on track toward 200 co-located clinics by end of CY22</u>." ¶236. | Forward-Looking Statement (DB11-14) | No Safe Harbor: Actual Knowledge, No Meaningful | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **When:** 10/13/22 **Where:** Press release on Form 8-K (¶236), DX. 28 at 2 **Speaker(s):** Kehoe **When:** 10/13/22 **Where:** Fiscal Year 2022 Earnings Call (¶237), DX. 29 at 6; 29 at 11 | **Earnings Call:** Kehoe stated that the "clinic rollout at VillageMD continues on pace" and that "VillageMD grew in line with plan and revenue growth is on track as we launch new clinics, scale existing clinics and increased value-based arrangements." ¶237. **Earnings Call**: During the Q&A portion of the call, a JP Morgan Chase analyst inquired, "[h]ow do we think about the longer-term profitability of [U.S. Healthcare]?" Addressing VillageMD specifically, Defendant Kehoe responded, stating: "we actually accelerated the investments in 2022. So instead of 160 clinics in calendar '22, we've gone to 200. So we're actually doing the smart thing. We're doubling down. This is a scale business." ¶237. | No False Statement of Fact (DB16-20) | Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6) Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | • **Defendants' Statements lacked a reasonable basis.** Defendants lacked any reasonable basis to tout the number of VillageMD clinics Walgreens had opened, or planned to rollout, as evidence that the VillageMD rollout was being executed successfully when in fact, the "vast majority" (¶89) of clinics—approximately 70%—were dismal failures according to Walgreens' own targets. ¶¶238-39. Moreover, statements that Walgreens was "doing the smart thing" and "doubling down" because "this is a scale business" lacked any reasonable basis in fact when made because Walgreens' "strategy" was not "working to strengthen the business and build a solid foundation for sustainable shareholder value creation." ¶237. In fact, at least 50% of these co-located clinics nationwide lacked the doctors needed to successfully operate, and the severe inability to attract doctors and patients was a systemic problem that impacted all regions and was only exacerbated by Walgreens' attempt to rapidly scale the model. As a result, those clinics dramatically underperformed Walgreens' own targets. ¶¶86, 88-114, 158, 238-39. *See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 24 **Speaker(s):** Brewer; Kehoe **When:** 10/13/22 | Brewer stated: "We delivered ahead of our expectations in fiscal year '22 and are well underway in our transformation to a consumer-centric healthcare company." ¶237. | Puffery (DB14-15) No False Statement of Fact (DB16-20) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. • **Defendants' Statements lacked a reasonable basis.** Defendants lacked any |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Where:**<br>Fiscal Year 2022 Earnings Call<br><br>(¶237), DX. 29 at 2, 4-5 | Brewer stated: "We are <u>scaling our winning assets to accelerate growth and profitability of our U.S. Healthcare business</u>. We are investing in strategic talent and capabilities, and we're taking strong action to simplify our portfolio. <u>Our strategy is working to strengthen the business and build a solid foundation for sustainable shareholder value creation</u>." ¶237.<br><br>Kehoe stated: "<u>We continue to drive strong execution across all of our operating segments and rapidly expand our U.S. healthcare business</u>." ¶237. | | Defendants Misrepresented or Concealed Material Facts (Opp. §§II.A. 3) | reasonable basis to tout that Walgreens had "delivered ahead of expectations in fiscal year '22" and was "continu[ing] to drive strong execution … and rapidly expand [its] U.S. healthcare business" or that the Company was "well underway in our transformation to a consumer-centric healthcare company," "scaling our winning assets to accelerate growth and profitability of our U.S. Healthcare business" "when in fact, the vast majority of clinics—approximately 70%—were dismal failures according to Walgreens' own targets." ¶¶89, 237-39. Moreover, Walgreens' strategy was not "working to strengthen the business and build a solid foundation for sustainable shareholder value creation." ¶237. Instead, "at least 50% of the co-located clinics nationwide lacked the doctors needed to successfully operate," and the severe inability to attract doctors and patients was a systemic problem that impacted all regions and was only exacerbated by Walgreens' attempt to rapidly scale the model. ¶¶238-39. As a result, those clinics dramatically underperformed Walgreens' own targets. ¶¶86, 88-114, 158,<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 25<br><br>**Where:**<br>Press release on Form 8-K | **October 13, 2022 Press Release**: "The Company considers certain metrics, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of | No False Statement of Fact<br><br>(DB20) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| (¶236), DX 28 at 7<br><br>**Speaker(s):**<br>Walgreens; Kehoe; Mahajan<br><br><br><br><br><br>**Speaker(s):**<br>Walgreens<br>Brewer; Kehoe; Mahajan<br><br>**When:**<br>10/13/22<br><br>**Where:**<br>2022 Annual Report on Form 10-K<br><br>(¶236) | payor/ provider partnerships, number of locations of Walgreens Health Corners, <u>number of co-located VillageMD clinics and number of total VillageMD clinics</u>, at period end, to be <u>key performance indicators</u> because <u>the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results</u>." ¶236.<br><br>**2022 Annual Report:** "The Company considers certain metrics presented in this Annual Report on Form 10-K, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of locations of Walgreens Health Corners, <u>number of co-located VillageMD clinics and number of total VillageMD clinics</u>, at period end, to be <u>key performance indicators</u> because <u>the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results</u>." ¶236. | Opinion Statement (DB15-16) | Defendants Omitted Material Facts, Not Opinion (Opp. §II.A.5) | • **The co-located clinic counts were not KPIs.** Contrary to what Defendants claimed, the sheer number of VillageMD clinics was not in any meaningful sense a "key performance indicator" for the Company because in reality at least 50% of these co-located clinics nationwide lacked the doctors needed to successfully operate, and as a result, those clinics dramatically underperformed Walgreens' own targets at all times. ¶238. Therefore, the purported key performance indicator was not able to provide "perspective and insight" to analyze "the core operating performance of the Company." *Id*. Moreover, it was materially misleading for Defendants to tout the number of VillageMD clinics Walgreens had opened, or planned to rollout, as evidence that the VillageMD rollout was being executed successfully, when, internally Defendants decided to completely shut down the VillageMD rollout. ¶¶86, 88-114, 158, 239.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Speaker(s):** Walgreens; Kehoe<br><br>**When:** 1/5/23<br><br>**Where:** Press release on Form 8-K<br><br>(¶236) | **Jan. 5, 2023 Press Release:** "The Company considers certain metrics presented in this Annual Report on Form 10-K, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of locations of Walgreens Health Corners, <u>number of co-located VillageMD clinics and number of total VillageMD clinics</u>, at period end, to be key performance indicators because the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results." ¶236 n.28. | | | |
| **Speaker(s):** Walgreens; Kehoe<br><br>**When:** 10/13/22<br><br>**When:** 1/5/23<br><br>**Where:** Quarterly report on Form 10-Q<br><br>(¶236) | **Jan. 5, 2023 Form 10-Q:** "The Company considers certain metrics presented in this Annual Report on Form 10-K, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of locations of Walgreens Health Corners, <u>number of co-located VillageMD clinics and number of total VillageMD clinics</u>, at period end, to be key performance indicators because the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective | | | |

| | and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results." ¶236 n.28. | | | |
|---|---|---|---|---|
| **Statement #:** 26<br><br>**Speaker(s):**<br>Walgreens; Kehoe<br><br>**When:**<br>10/13/22<br><br>**Where:**<br>Press release on Form 8-K<br><br>(¶236), DX 28 at 2 | The press release further stated that by the quarter end VillageMD had "342 total clinics and 152 co-located clinics now open…" ¶236. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The vast majority of clinics in every region were dramatically underperforming Walgreens' targets due to a pervasive shortage of doctors and patients.** Defendants lacked any basis to tout VillageMD's "342 total clinics and 152 co-located clinics now open" when, in reality, the severe inability to attract doctors and patients was a systemic problem that impacted all regions and the substantial majority of clinics that it had already opened were "dismal failures" due to basic obstacles VillageMD could not resolve. ¶¶86, 88-114, 158, 228-29.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 27<br><br>**Speaker(s):**<br>Brewer; Driscoll<br><br>**When:**<br>10/13/22 | During the Company's Q4 2022 earnings call, an analyst from Jefferies asked, "can you discuss the labor headwinds you're seeing across [U.S. Healthcare]?" In response, Brewer stated: "So labor trends in [the U.S. Healthcare] side, we -- there's really no impact there. That's our primary care physician position through VillageMD. We're continuing to grow the number of primary care physicians. So we're really not | Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-18) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **More than 50% of clinics lacked sufficient physician staffing.** Defendant Brewer had no reasonable basis to claim that "there's really no impact" from "labor trends" to |

| | | | | |
|---|---|---|---|---|
| **Where:**<br>Q4 2022 Earnings Call<br><br>(¶240), DX. 29 at 9; 29 at 16; 29 at 20 | seeing a labor issue on our [U.S. Healthcare] side." ¶240.<br><br>Driscoll stated: "We have deep community ties, and demand for healthcare services in our stores has never been higher." ¶240.<br><br>Brewer stated that "the work we're doing with [VillageMD] right now is very strong. It's probably the center of our health care work for us. And so, we're excited about it, and it's going well." ¶240. | | | VillageMD primary care physician positions, that "[w]e're continuing to grow the number of primary care physicians," or that "we're really not seeing a labor issue on our [U.S. Healthcare] side" because, as multiple former employees confirmed, the VillageMD initiative failed precisely because "[t]hey couldn't hire physicians as fast as they were building [clinics] in Walgreens[]." ¶¶86, 88-114, 158, 241.<br><br>• **Defendants' statements lacked a reasonable basis.** Moreover, Brewer's affirmation that Walgreens' work with VillageMD was "very strong" and going "very well" lacked any reasonable basis when made because, around the very same time Brewer made these statements, she and Kehoe openly discussed at a Company-wide leadership meeting that VillageMD was "***struggling, underperforming, and not meeting targets***[]." ¶¶86, 88-114, 158, 241.<br><br>• **Patients universally were unwilling to receive primary care at Walgreens.** Additionally, Defendant Driscoll's assurance that demand has never been higher lacked any reasonable basis when made because in reality, throughout the Class Period, VillageMD experienced a severe and systemic lack of patient demand. ¶¶86, 88-114, 158, 241.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |
| **Statement #:** 28 | **Press Release** Brewer stated: "Our execution to date provides us visibility and | Forward-Looking | No Safe Harbor: | Numerous facts establish that Defendants' statements were false, materially misleading, |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Speaker(s):** Walgreens; Kehoe<br><br>**When:** 10/13/22<br><br>**Where:** Press Release on Form 8-K; Q4 2022 Earnings Call<br><br>(¶242), DX. 28 at 1; 29 at 7 | confidence to increase the long-term outlook for our next growth engine and reconfirm our path to low-teens adjusted EPS growth." ¶242.<br><br>**Press Release:** Walgreens now "expected to achieve positive adjusted EBITDA by fiscal year 2024" in the U.S. Healthcare segment. ¶242.<br><br>**Earnings Call:** Kehoe stated that "[w]e are very encouraged by our progress as we build out our next growth engine" and "we have clear line of sight to positive adjusted EBITDA in fiscal '24." Kehoe also stated that "[w]e expect U.S. Healthcare to contribute over half of the annual adjusted EPS growth over the long term[,]" with adjusted EPS "building to low teens growth in 2025." As to profitability, Kehoe projected "adjusted EBITDA of $125 million to $225 million in '24 rising to $500 million to $700 million in 2025," and represented that "[o]ur maturing VillageMD clinic profile is a significant tailwind as a greater percentage of clinics reach positive contribution margin" and "[w]e are confident in this trajectory[.]" ¶242. | Statement (DB11-14)<br><br>Puffery (DB14-15)<br><br>No False Statement of Fact (DB16-20) | Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendants lacked any reasonable basis "to increase the long-term outlook" based on purportedly positive "execution to date," to claim U.S. Healthcare would "contribute over half" of Walgreens' long term annual adjusted EPS growth, to "reconfirm [the Company's] path to low-teens adjusted EPS growth" based on "progress" that was supposedly "very encourage[ing,]" and representing that Walgreens had a "clear line of sight to positive adjusted EBITDA in fiscal '24" and a "maturing VillageMD clinic profile" that was a "significant tailwind" because in reality, Walgreens could not profitably scale or even profitably operate VillageMD clinics at any time throughout the Class Period due to a host of basic, undisclosed, and unresolved obstacles. ¶¶86, 88-114, 158, 242-43. As a result of these basic and severe headwinds, which were never resolved, the "vast majority" of clinics nationwide never came close to hitting Walgreens' prescriber, patient, or financial targets at any time during the Class Period. *Id.* Nor would they, given that, by this time, Defendants had internally decided to completely shut down the VillageMD rollout. ¶244.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| Statement #: 29<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>1/5/23<br><br>**Where:**<br>Q1 2023 Earnings Call; January 10, 2023, J.P. Morgan Healthcare Conference<br><br>(¶¶245-46), DX. 34 at 2-3; 36 at 3 | **Earnings Call** Brewer stated: "VillageMD is leading the way in value-based care for the country, with 393 clinics as of year-end, including 200 co-located with Walgreens, achieving the calendar 2022 target. Following the close of the Summit transaction earlier this week, VillageMD now operates over 680 locations across 26 markets." ¶245.<br><br>**J.P. Morgan Healthcare Conference:** Brewer stated: "VillageMD is leading the way in value-based care for the country with 393 clinics as of year-end, including 200 of those are co-located with Walgreens, achieving the calendar 2022 target" and, "on a combined basis [with Summit], VillageMD now has over 4,100 providers across 680 locations in 26 markets." ¶246. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Brewer lacked any reasonable basis to tout "200 co-located clinics" open as evidence of achieving targets and that the VillageMD clinic rollout was being executed successfully when in fact, the "vast majority" of VillageMD clinics dramatically underperformed Walgreens' own targets. ¶¶86, 88-114, 158, 248-49. Moreover, far from "leading the way in value-based care," the VillageMD initiative was such an unmitigated disaster that, six months earlier, Walgreens internally decided to shut down the VillageMD rollout. ¶247. Defendant Brewer further omitted the highly material fact that Defendants orchestrated the VillageMD/Summit Acquisition for the purpose of masking VillageMD's abysmal performance. ¶250.<br><br>*See* summary of supporting factual allegations for Statement #1 and Statement #20.<br><br>• Walgreens' enabled the Summit Acquisition to mask VillageMD's lack of profitability. Multiple confidential witnesses confirm that, as Walgreens ran up against fundamental obstacles to executing the Company's substantial growth plans for VillageMD, **Walgreens enabled VillageMD to acquire Summit in November 2022, in a last-ditch attempt to conceal VillageMD's underperformance. For instance:** |

|  |  |  |  | - CW19 (VillageMD Director and Senior Director, Clinical Quality Pharmacy from Aug. 2021 to July 2023) explained that the co-located clinics were "draining all the profit…" and Walgreens funded VillageMD's purchase of Summit Health and CityMD "*because of their profits*" in order to "*mask their losses with the profits of Summit/CityMD*" in "*an act of desperation or a last ditch effort to save the company*." ¶137.<br><br>- CW3 (VillageMD Business Development Director from April 2019 until June 2023) similarly stated that Summit Health and City MD were profitable operations and Walgreens was "attracted to them because Village was in the red while these entities operated at a profit" and "*the idea was that the marriage of the two would help the balance sheet*." ¶138.<br><br>- CW20 (Summit Health Director of Financial Planning and Analysis in New Jersey since January 2022) confirmed that "*Village was not delivering that growth organically, so they looked to acquire a quickly growing organization, to achieve growth targets*." ¶139.<br><br>- CW16 (VillageMD Regional President Central Region from Jan. 2016 until July 2023) also recalled that "*Summit/CityMD were financially strong,*" and "*VillageMD took these numbers with the intent of showing strong growth*" in both primary care |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | | facilities and increased patient numbers." ¶140. |
| **Statement #:** 30<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>1/10/23<br><br>**Where:**<br>January 10, 2023, J.P. Morgan Healthcare Conference<br><br>(¶246), DX. 36 at 1; 36 at 3 | "[W]e're making important strides across the U.S. Healthcare segment. <u>We're executing our strategic vision that we set out just over a year ago</u>." ¶246.<br><br>"Our <u>strategy is working</u>, and we will be relentless in driving continued progress ahead." ¶246. | Puffery (DB14-15) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Brewer lacked any reasonable basis to tout "200 co-located clinics" open as evidence that Walgreens was "executing [its] strategic vision" when in fact, the "vast majority" of VillageMD clinics dramatically underperformed Walgreens' own targets. ¶¶86, 88-114, 158, 245-48. Moreover, far from "working" and "executing our strategic vision" the VillageMD initiative was such an unmitigated disaster that, six months earlier, Walgreens internally decided to shut down the VillageMD rollout. ¶¶247-48. Defendant Brewer further omitted the highly material fact that Defendants orchestrated the VillageMD/Summit Acquisition for the purpose of masking VillageMD's abysmal performance. ¶250.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #29. |
| **Statement #:** 31<br><br>**Speaker(s):**<br>Brewer<br><br>**When:**<br>1/5/23 | "<u>We are making great progress to accelerate our transformation to health care, most notably in the quarter with the VillageMD acquisition of Summit Health</u>[.] At the same time, we're unlocking value and strengthening the company by simplifying the portfolio….[w]e are quickly scaling U.S. healthcare with a defined path to | Puffery (DB14-15)<br><br>No False Statement of Fact (DB18-20) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lack a reasonable basis.** Defendant Brewer lacked any |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Where:**<br>Q1 2023 Earnings Call<br><br>(¶245), DX. 34 at 2-3 | achieve profitability exiting this fiscal year." ¶245.<br><br>"This was a landmark quarter for accelerating the build-out of our next growth engine, the US Healthcare segment." ¶245. | | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | reasonable basis to tout that Defendants were "making great progress" or that they were "quickly scaling U.S. healthcare with a defined path to achieve profitability exiting this fiscal year" knowing that the VillageMD model was not quickly scalable—but rather failed precisely because Walgreens opened "too many clinics, too fast," such that "doctors and nurses could not be recruited to properly staff them," therefore "there was nobody to run them" and "they sat empty for months." ¶¶86, 88-114, 158, 248-49. Moreover, far from "accelerat[ing] our transformation to health care," the VillageMD initiative was such an unmitigated disaster that, six months earlier, Walgreens internally decided to shut down the VillageMD rollout. ¶247. Defendant Brewer further omitted the highly material fact that Defendants orchestrated the Summit Acquisition for the purpose of masking VillageMD's abysmal performance. ¶250.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #29. |
| **Statement #:** 32<br><br>**Speaker(s):**<br>Kehoe; Driscoll; Brewer<br><br>**When:**<br>3/28/23<br><br>**Where:**<br>Q2 2023 Earnings Call | **Earnings Call**, Kehoe stated: "We are seeing benefits on the Walgreens side from our partnership with VillageMD…" ¶251.<br><br>**Earnings Call**: Driscoll represented that "the village model works, and we've seen it work with -- with some of the legacy businesses in multiple geographies. I think what you'll see us do the bless and learn, is perhaps concentrate our growth on our investments in specific markets where we can be hyper-relevant in a concentrated | Puffery (DB14-15)<br><br>No False Statement of Fact (DB18-20) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendants lacked any reasonable basis to continue to tout that the "village model works," that "we don't see any challenges to the actual model," the trends were "positive" or that the "bold strategic actions are working" because in |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| (¶¶251-52), DX. 37 at 5; 37 at 9-10 | geography. But we're confident, and we don't see any challenges to the actual model of what we're delivering for patients and with providers in those markets. So the trends are positive." ¶252.<br><br>**Earnings Call**, Brewer stated: "Our Retail Pharmacy business is performing well, and we are progressing our healthcare business to scale and profitability. We exited the quarter with acceleration in February, adding to our confidence in achieving strong growth ahead. We have good visibility into the back half drivers. As I said earlier, the inflection is here. Our bold strategic actions are working[.]" ¶252. | | | reality, the VillageMD initiative was such an unmitigated disaster that, approximately nine months earlier, Walgreens internally decided to shut down the VillageMD rollout. ¶253. As such, Walgreens' "bold strategic actions" to become a primary healthcare provider through its partnership with VillageMD were not "working" and the trends were decidedly not "positive." *Id*. Further, the model was not scalable—but rather failed precisely because Walgreens opened "too many clinics, too fast," such that "doctors and nurses could not be recruited to properly staff them," therefore "there was nobody to run them" and "they sat empty for months. ¶¶86, 88-114, 158, 254-55. Additionally, just days later, Walgreens and VillageMD each began instituting mass layoffs—including firing the entire Implementation Team at each company that had been responsible for building out VillageMD clinics nationwide—well over 100 individuals in total. ¶253.<br><br>*See* summary of supporting factual allegations for Statement #1, and Statement #20. |
| **Statement #:** 33<br><br>**Speaker(s):**<br>Kehoe<br><br>**When:**<br>3/28/23<br><br>**Where:**<br>Q2 2023 Earnings Call | "VillageMD ended the quarter with 729 locations, including Summit Health and CityMD. The 403 clinics for the legacy VillageMD business compared to 270 at the end of the prior year period and included 210 clinics co-located with Walgreens, up from 94 co-located clinics a year ago." ¶251. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Kehoe lacked any reasonable basis to tout the number of VillageMD clinics Walgreens had opened or was purportedly successfully operating as evidence that the VillageMD clinic rollout was being executed successfully when |

| | | | | |
|---|---|---|---|---|
| (¶251), DX. 37 at 5 | | | | approximately nine months earlier, Walgreens internally decided to shut down the VillageMD rollout. ¶253. In fact, the majority of clinics were dismal failures because they had so few doctors and even though some clinics were "going on-line," many of those same clinics had such severe "shortage[s] of patients" they were unable to meet Walgreens' targets. ¶¶86, 88-114, 158, 254-55. Moreover, the Summit Acquisition was included specifically for the purpose of masking VillageMD's abysmal performance. ¶250. Additionally, just days later, Walgreens and VillageMD each began instituting mass layoffs—including firing the entire Implementation Team at each company that had been responsible for building out VillageMD clinics nationwide—well over 100 individuals in total. ¶253.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #29. |
| **Statement #:** 34<br><br>**Speaker(s):** Brewer; Driscoll<br><br>**When:** 3/28/23<br><br>**Where:** Q2 2023 Earnings Call | **Earnings Call**, Brewer stated: "The addition of Summit Health is transformational. It creates one of the largest integrated provider platforms in the U.S., delivering quality affordable care for <u>all patient populations regardless of insurance</u> or payer type." ¶208, n.27.<br><br>**Earnings Call**, Driscoll stated: "I think we're 90 days into the integration. And I think what it has reinforced is the value of combining Medicare, <u>Medicaid,</u> multi-specialty group, professional services and | No False Statement of Fact (DB20) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.4) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **VillageMD did not accept Medicaid.** Contrary to Defendants' representations that VillageMD was focused on "all patient populations" and accepts all types of insurance such as "Medicaid," VillageMD did not accept Medicaid. ¶¶116, 121-22. VillageMD's refusal to accept Medicaid reduced any uplift in prescription fills at Walgreens pharmacies from VillageMD |

| | | | | |
|---|---|---|---|---|
| (¶208, n.27), DX. 37 at 3, 6 | urgent care in our Village Summit offering." ¶208, n.27. | | | patients, which was the principal "synergy" for Walgreens from the VillageMD initiative—particularly given the medically underserved sites Walgreens selected for most clinics. ¶210.<br><br>*See* summary of supporting factual allegations for Statement #5. |
| **Statement #**: 35<br><br>**Speaker(s):**<br>Walgreens;<br>Brewer;<br>Kehoe;<br>Mahajan<br><br>**When:**<br>3/28/23<br><br>**Where:**<br>Quarterly report on Form 10-Q<br><br>(¶236, n.28); DX. 38 at 57<br><br>**Speaker(s):**<br>Walgreens;<br>Kehoe<br><br>**When:**<br>3/28/23<br><br>**Where:**<br>Press release on Form 8-K<br><br>(¶236, n.28) | **March 28, 2023 Quarterly Report**: "The Company considers certain metrics presented in this report, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of locations of Walgreens Health Corners, <u>number of co-located VillageMD clinics and number of total VillageMD/Summit/CityMD locations at period end</u>, to be <u>key performance indicators</u> because <u>the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results.</u>" ¶236, n.28.<br><br>**March 28, 2023 Press Release**: "The Company considers certain metrics, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of | No False Statement of Fact (DB20)<br><br>Opinion Statement (DB15-16) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2)<br><br>Defendants Omitted Material Facts, Not Opinion (Opp. §II.A.5) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **The co-located clinic counts were not KPIs.** Contrary to what Defendants claimed, the sheer of number of VillageMD clinics was not in any meaningful sense a "key performance indicator" for the Company because in reality at least 50% of these co-located clinics nationwide lacked the doctors and medical staff needed to successfully operate, and as a result, those clinics dramatically underperformed Walgreens' own targets. ¶86, 88-114, 158, 238. Moreover, Defendants further omitted the highly material fact that the VillageMD/Summit Acquisition was orchestrated for the purpose of masking VillageMD's abysmal performance. ¶250. Therefore the purported key performance indicator was not able to provide "perspective and insight" to analyze "the core operating performance of the Company." ¶236, n.28. Moreover, it was materially misleading for Defendants to tout the number of VillageMD clinics Walgreens had opened, or planned to rollout, as evidence that the VillageMD rollout was |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Speaker(s):** Walgreens; Kehoe; Mahajan<br><br>**When:** 6/27/23<br><br>**Where:** Quarterly report on Form 10-Q<br><br>(¶236, n.28) | locations of Walgreens Health Corners, number of co-located VillageMD clinics and number of total VillageMD/Summit/CityMD locations at period end, to be key performance indicators because the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results." ¶236, n.28. | | | being executed successfully, when, internally, Defendants decided to completely shut down the VillageMD rollout. ¶239.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #29. |
| **Speaker(s):** Walgreens; Kehoe<br><br>**When:** 6/27/23<br><br>**Where:** Press Release on Form 8-K<br><br>(¶236, n.28) ; DX. 41 at 13. | **June 27, 2023 Quarterly Report**: "The Company considers certain metrics, such as comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships, number of locations of Walgreens Health Corners, number of co-located VillageMD clinics and number of total VillageMD/Summit/CityMD locations at period end, to be key performance indicators because the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results." ¶236, n.28.<br><br>**June 27, 2023 Press Release**: "The Company considers certain metrics, such as | | | |

| | | | | |
|---|---|---|---|---|
| | comparable sales, comparable pharmacy sales, comparable retail sales, comparable number of prescriptions, and comparable 30-day equivalent prescriptions, number of payor/provider partnerships at period end, number of locations with Walgreens Health Corners at period end, <u>number of co-located VillageMD clinics</u> at period end <u>and number of total VillageMD/Summit/CityMD locations at period end, to be key performance indicators because the Company's management has evaluated its results of operations using these metrics and believes that these key performance indicators presented provide additional perspective and insights when analyzing the core operating performance of the Company from period to period and trends in its historical operating results.</u>" ¶236, n.28. | | | |
| **Statement #:** 36<br><br>**Speaker(s):**<br>Walgreens<br>Kehoe;<br>Brewer<br><br>**When:**<br>6/27/23<br><br>**Where:**<br>Press release on Form 8-K; Q3 2023 Earnings Call<br><br>(¶257), DX. 40 at 7; 41 at 6 | **Press Release signed by Kehoe**, stated: "The Company is <u>taking immediate actions to drive sustainable growth</u>" in fiscal 2024, including "[a]nnouncing <u>swift actions to improve the U.S. Healthcare path to profitability</u>," including realigned CityMD costs, <u>accelerated VillageMD patient panel build . . . [and] [a]ccelerating synergies between U.S. Healthcare and Walgreens operations</u>[.]" ¶257.<br><br>**Earnings Call**, Brewer stated: "WBA has the right to win through our differentiated model, and <u>we have the right strategy in place. … We are addressing current challenges head on and moving at a pace to deliver long-term shareholder value</u>." ¶257. | Puffery (DB14-15)<br><br>No False Statement of Fact (DB18-20) | Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendants lacked any reasonable basis to assure investors that they were "taking immediate actions to drive sustainable growth," including "swift actions to improve the U.S. Healthcare path to profitability" and an "accelerated VillageMD patient panel build," because they had internally decided—a year ago—to shut down the rollout of any new co-located clinics. ¶¶86, 88-114, 158, 258. Further, while Defendants continued to reassure investors that they "had the right strategy in place" with VillageMD, were "moving at a pace to deliver long-term shareholder value," |

| | | | | |
|---|---|---|---|---|
| | | | | and were "accelerating synergies" that would improve U.S. Healthcare's "path to profitability," when, in reality, Defendants had already wound down the rollout of any new co-located clinics, were shutting down existing clinics, and exiting entire regions. *Id.* As a result there was no "path to profitability" through the doctor-staffed, primary care clinics at Walgreens stores, nor were there "accelerating synergies" between Walgreens and VillageMD, Summit Health, or CityMD. ¶259.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #29.<br><br>• **Defendants omitted the highly material fact that they had fired everyone responsible for building out VillageMD clinics nationwide.** Multiple CWs confirm that the VillageMD debacle was progressing so poorly that, just two months before the statement was made, in April 2023, Walgreens began laying off hundreds of employees who were directly involved in opening and overseeing VillageMD clinics as evidenced by:<br><br>  - CW3 (VillageMD Business Development Director from Apr. 2019 until June 2023) stated that there were two rounds of layoffs at VillageMD, an initial round around Mar. 2023 and a second round around May or June 2023 of employees "***mainly in Growth and the Transition teams***." ¶143. |

| | | | | |
|---|---|---|---|---|
| | | | | - CW5 (Walgreens Regional Implementation Team Lead in Florida from July 2021 until Apr. 2023) stated that he was let go as part of Walgreens' mass layoffs in Apr. 2023. ¶141. CW 5 recalled that approximately 600 employees were laid off in Apr. 2023, ***including Walgreens' entire Implementation Team of approximately 100 employees**, **which included all Walgreens employees nationwide responsible for building out co-located clinics at Walgreens*. *Id.*<br><br>- CW12 (VillageMD National Medical Director in Texas from Feb. 2023 until Aug. 2024*) **personally made several reductions in forces across the country.*** ¶143.<br><br>- CW18 (Walgreens District Manager in Atlanta, Georgia, with Walgreens for 30 years until his departure in Nov. 2023) confirmed the massive layoff described by CW 5 of over 500 Walgreens employees "***absolutely***" took place in Apr. 2023. ¶141. |
| **Statement #**: 37<br><br>**Speaker(s):**<br>Walgreens<br>Kehoe<br><br>**When:**<br>6/27/23 | Press Release signed by Kehoe noted: "VillageMD added 93 clinics compared to the year-ago quarter.". ¶257. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis when made.** Defendants had no reasonable basis to tell investors that they had added "93 clinics" at VillageMD compared to the prior year period, when in |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **Where:** Press release on Form 8-K (¶257), DX. 41 at 5 | | | | reality they had internally decided—a year ago—to shut down the rollout of any new co-located clinics. ¶¶86, 88-114, 158, 258. Defendants' statements gave the false appearance that Defendants' strategy of rolling out the clinics at a large scale was still commercially viable when Defendants had already wound down the rollout of any new co-located clinics, were shutting down existing clinics, and exiting entire regions. *Id.*<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, Statement #29, and Statement #36. |
| **Statement #:** 38<br><br>**Speaker(s):** Driscoll<br><br>**When:** 9/21/23<br><br>**Where:** TD Cowen Conference (¶260), DX. 45 at 5 | In the Q&A portion of the conference, a TD Cowen analyst asked, "I think in the past, you guys gave some targets in terms of co-located VillageMD, Walgreens kind of locations, if I recall, something like 600 by 2025 and 1,000 by 2027. Are those kind of still sort of the milestones we should be thinking about[]?" Driscoll replied: "Yes, I think we should be -- I'm obsessively focused on delivering better results faster. ¶260. | No False Statement of Fact (DB18-20) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Driscoll had no reasonable basis to affirm the Company's targeted co-location counts of "600 by 2025 and 1,000 by 2027" as "milestones" investors should still be thinking about, while still omitting the highly material fact that Defendants had internally decided—over a year ago—to shut down the rollout of any new co-located clinics. ¶¶261-63. The statements gave the false appearance that Defendants' strategy of rolling out clinics at a large scale was still commercially viable, when, in reality, the Company had completely abandoned it due to systemic doctor and patient shortages, acquired Summit/CityMD to mask VillageMD's dismal performance, fired the entire Implementation Team. ¶¶86, 88-114, 142, 158, 261-63. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| | | | | *See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #36. |
| **Statement #:** 39<br><br>**Speaker(s):**<br>Driscoll<br><br>**When:**<br>10/12/23<br><br>**Where:**<br>Q4 2023 Earnings Call<br><br>(¶264), DX. 46 at 10 | "We believe that we can best enhance VillageMD growth and value by focusing on increased density in our highest opportunity markets and expanding integration of our digital assets. As we grow, we are constantly evaluating our footprint. With that, we plan <u>to exit approximately five markets and approximately 60 [co-located] clinics in fiscal 2024</u>" because those clinics were located in "<u>nonstrategic markets</u>[.]" ¶264. | No False Statement of Fact (DB16-18) | Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.2) | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Driscoll had no reasonable basis to reinforce the false impression that Walgreens was enhancing VillageMD's growth or that the model was working in certain markets, by stating that Walgreens simply needed to only exit "nonstrategic markets" in order for their strategy to see momentum when, in reality, VillageMD was never able to hit its targets. ¶265. In fact, the strategy was so unprofitable that Walgreens secretly shutdown the rollout of VillageMD clinics in mid-2022, acquired Summit/CityMD to mask VillageMD's dismal performance, and instituted mass layoffs in mid-2023 that included all individuals responsible for building out new co-located clinics. ¶¶86, 88-114, 142, 158, 265.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #36. |
| **Statement #:** 40<br><br>**Speaker(s):**<br>Driscoll; Mahajan | Driscoll stated: "The <u>VillageMD model works</u> as evidenced by the consistent performance of reducing total cost of care and improving outcomes in our more mature markets." ¶264. | Forward-Looking Statement (DB11-14)<br><br>Puffery (DB14-15) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| **When:** 10/12/23<br><br>**Where:** Q4 2023 Earnings Call<br><br>(¶264), DX. 46 at 7, 8, 10 | Driscoll stated: "VillageMD, Summit Health, and CityMD will be the <u>most meaningful drivers of growth in fiscal 2024</u>." ¶264.<br><br>During the Q&A portion of the call, an analyst asked Driscoll for more details about why Walgreens was closing 60 clinics in 5 "non-strategic markets." Driscoll replied: "<u>Every one of our clinics actually shows month-over-month growth</u>, but we don't see that growth coming fast enough in certain markets. . . . <u>our strategy going forward will be really focusing on markets where we see that momentum</u> and scale and at a level that we want to see to drive the profits and the margin expectations that we want. <u>So it's really more of a discipline around focusing on markets where we can go deep and continue to grow on a compounded serious way profitably</u>." ¶264.<br><br>Mahajan stated: "First, <u>we expect accelerating profitability in our U.S. healthcare business in 2024</u>, as the segment continues to scale with adjusted EBITDA expected to be at or around breakeven." ¶264.<br><br>Mahajan stated: "We expect fiscal 2024 sales of $8.3 billion to $8.8 billion, reflecting first full year of Summit Health and <u>ongoing growth in all businesses</u>." ¶264. | No False Statement of Fact (DB18-20) | Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | • **Defendants' statements lacked a reasonable basis.** Defendants had absolutely no reasonable basis to represent that the "VillageMD model works," boast that "every one of our clinics actually shows month-over-month growth," and purport that the Company just needed to "focus[] on markets where we see that momentum[.]" ¶265. In fact, the strategy was so unprofitable that Walgreens secretly shutdown the rollout of VillageMD clinics in mid-2022, and instituted mass layoffs in mid-2023 that included all individuals responsible for building out new co-located clinics, while forcing VillageMD to acquire Summit to mask the losses of VillageMD. ¶¶86, 88-114, 142, 158, 265. Driscoll further reinforced the false impression that the model was working by stating that Walgreens simply needed to be more "discipline[d] around focusing on markets where we can go deep and continue to grow on a compounded serious way profitably." *Id*. Additionally, Defendant Mahajan had no reasonable basis to "expect accelerating profitability" at this time given that VillageMD was never able to hit the target of actual prescribers. *Id*.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, Statement #29, and Statement #36. |
| **Statement #:** 41<br><br>**Speaker(s):** Mahajan; | Mahajan stated: "<u>We are making progress to accelerate profitability at VillageMD</u>, and profit growth from all other businesses contributed positively in the quarter." ¶267. | Forward-Looking Statement (DB11-14) | No Safe Harbor: Actual Knowledge, | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made. |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| | | | | |
|---|---|---|---|---|
| Wentworth<br><br>**When:**<br>1/4/24<br><br>**Where:**<br>Q1 2024 Earnings Call<br><br>(¶267), DX. 49 at 6, 10 | During the Q&A portion of the call, when asked "do you think the care delivery business" and specifically "Village[MD]" is "core" to Walgreens' overall business, Wentworth replied: "So we like that investment. We're working closely with them. And as Manmohan mentioned in his prepared remarks, there's no question that they have put themselves on a good path, both in terms of their costs and their footprint, getting to a place where they're going to be meaningfully growing and profitable. So we like that as an investment." ¶267. | Puffery (DB14-15)<br><br>No False Statement of Fact (DB18-20) | No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Ignore Context of Misleading Statements; Not Puffery (Opp. §II.A.1)<br><br>Defendants Misrepresented or Concealed Material Facts (Opp. §II.A.3) | • **Defendants' statements lacked a reasonable basis.** Defendants had absolutely no reasonable basis to represent to investors that VillageMD was "on a good path" or "making progress to accelerate profitability at VillageMD" because by January 2024, Defendants had already secretly decided to wind down the VillageMD initiative in mid-2022; the Company had instituted mass layoffs, including its entire Implementation Team responsible for overseeing new clinic rollout, in mid-2023; Walgreens was in the process of closing an additional 100 VillageMD clinics, which would be announced just two months later; Walgreens was about to take a $5.8 billion impairment and announce a $5.9 billion quarterly loss for the second quarter of 2024—virtually all of which was attributable to the underperformance of VillageMD; and the Company was on the verge of completely abandoning VillageMD precisely because there was no growth or profitability in the initiative. ¶¶86, 88-114, 142, 158, 268.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #36. |
| **Statement #:** 42<br><br>**Speaker(s):** Mahajan<br><br>**When:** 1/8/24 | "We want to really concentrate on accelerating the profitability within Village. And that team has taken that task and is working through it. We talked about we're going to exit roughly around 5 markets, 60 clinics. I think we're halfway there at this point. Their growth that we talked about, both on the risk-based book and fee-for-service panel in markets where they are dense, we continue to see that. So yes, I | Opinion Statement (DB15-16)<br><br>No False Statement of Fact (DB18-20) | Defendants Omitted Material Facts; Not Opinion (Opp. §II.A.5)<br><br>Defendants Misrepresented or Concealed Material Facts | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Mahajan had absolutely no reasonable basis to represent to investors that Walgreens was "concentrat[ing] on accelerating profitability |

*In re Walgreens Boots Alliance, Inc. Securities Litigation*; 24-cv-05907

| Where:<br>J.P. Morgan Conference<br><br>(¶269), DX. 50 at 13 | think we're moving in the right direction as it relates to where the fiscal year is[.]" ¶269. | | (Opp. §II.A.3) | within Village" or that they were "moving in the right direction" with respect to the initiative, because the strategy was so unprofitable and such an unmitigated disaster across the board that Walgreens secretly shutdown the rollout of VillageMD clinics in mid-2022, instituted mass layoffs in mid-2023 that included all individuals responsible for building out new co-located clinics, and was on the precipice of announcing billions of dollars in losses that would cripple the Company's business. ¶¶86, 88-114, 142, 158, 270.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #36. |
|---|---|---|---|---|
| **Statement #:** 43<br><br>**Speaker(s):**<br>Walgreens; Wentworth; Mahajan<br><br>**When:**<br>3/28/24<br><br>**Where:**<br>Press release on Form 8-K; Q2 2024 Earnings Call<br><br>(¶¶271-72), DX. 51 at 1, 4-5; 52 at 5, 7, 13 | **Press Release** signed by Mahajan: The U.S. Healthcare segment had achieved positive adjusted EBITDA for the quarter and attributed achievement of this milestone as "driven by growth from VillageMD[.]" ¶271.<br><br>**Earnings Call**, Wentworth stated: "Now turning to U.S. Healthcare, we have reached an important milestone delivering our first ever quarter of positive adjusted EBITDA and another quarter of significant year-on-year growth. . . . VillageMD's actions to accelerate profitability, including recent rightsizing of their cost structure, optimizing their clinic footprint and growing patient panels, are driving improvement in adjusted EBITDA." ¶272.<br><br>**Earnings Call**, Mahajan stated: "Village, we expect to continue to drive growth as they focus on the core markets as well as | Forward-Looking Statement (DB11-14)<br><br>Opinion Statement (DB15-16)<br><br>No False Statement of Fact (DB18-20) | No Safe Harbor: Actual Knowledge, No Meaningful Caution, Statements Not Forward-Looking or Are "Mixed" (Opp. §II.A.6)<br><br>Defendants Omitted Material Facts; Not Opinion (Opp. §II.A.5)<br><br>Defendants Misrepresented or Concealed Material Facts | Numerous facts establish that Defendants' statements were false, materially misleading, and/or lacked a reasonable factual basis when made.<br><br>• **Defendants' statements lacked a reasonable basis.** Defendant Mahajan had absolutely no reasonable basis to represent to investors that Walgreens achieved positive adjusted EBITDA driven by the growth from VillageMD, that they expected "to continue to drive growth[,]" or otherwise reinforce VillageMD's growing profitability because the Company admitted just three months later, in reality, VillageMD was a disaster of epic proportions. ¶273. The Company suffered billions of dollars in losses on its investment in VillageMD— losses so massive that the Company had to completely abandon its healthcare strategy, seek to sell its stake in VillageMD in a desperate effort to raise cash, and disclose that it was forced to |

| | | | |
|---|---|---|---|
| | continue on their cost actions that they are going through this year." ¶272.<br><br>**Earnings Call**, Mahajan stated: "During the first half of fiscal '24, we have seen positive financial impacts from the recent actions taken by VillageMD's management team to accelerate profitability." ¶272. | (Opp. §II.A.3) | close upwards of 2,000 stores over the next three years, or almost 25% of Walgreens' stores. *Id.* The staggering losses incurred by Walgreens as a result of the VillageMD debacle were so severe that they left the company in ruins. *Id.*; *see also* 86, 88-114, 158, Rather than "accelerating profitability" and "driving improvements in adjusted EBITDA" as Wentworth and Mahajan represented, just three months later, the Company reported a 37% decline in adjusted EPS for the second quarter of 2024 and a 12% cut to full year 2024 EPS guidance. *Id.* Walgreens was so decimated by VillageMD that the Company was in discussions to sell itself to a private equity firm (and has now entered a definitive agreement to do so (*see* PX2-3)—meaning the end of its history as a public company. ¶273.<br><br>*See* summary of supporting factual allegations for Statement #1, Statement #20, and Statement #36. |