## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rizwan Bhaila, et al.

                                Plaintiff,

v.                                                    Case No.: 1:24–cv–05907
                                                      Honorable Mary M. Rowland

Walgreens Boots Alliance, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed plaintiffs' notice of voluntary dismissal as to defendant John Standley [67]. Plaintiffs' claims against defendant Standley are dismissed without prejudice, with each party to bear its own costs and fees. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.