# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

---

*In re Walgreens Boots Alliance, Inc. Securities Litigation*

Master File No.: 1:24-cv-05907

Hon. Mary M. Rowland

<u>CLASS ACTION</u>

---

## <u>DEFENDANTS' MOTION TO STRIKE</u>

Defendants Walgreens Boots Alliance, Inc. ("Walgreens" or the "Company"), Rosalind Brewer, James Kehoe, John Driscoll, Tim Wentworth, and Manmohan Mahajan (collectively, the "Individual Defendants"), pursuant to Federal Rules of Civil Procedure 12(f) and Local Rule 7.1, hereby move the Court to:

1. Strike Appendix A to the Declaration of Gregory M. Potrepka in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint, and any inferences drawn therefrom, from the record.

In support of this Motion, Defendants submit an accompanying Memorandum of Law and proposed order.

Dated: May 5, 2025

Respectfully submitted,

*Brian M. Lutz*

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Tel: (415) 393-8200
blutz@gibsondunn.com
(*admitted pro hac vice*)

1

2

Jessica Valenzuela
310 University Avenue
Palo Alto, CA 94301
Tel: (650) 849-5282
jvalenzuela@gibsondunn.com
(*admitted pro hac vice*)

Colin B. Davis
3161 Michelson Drive
Suite 1200
Irvine, CA 92612
Tel: (949) 451-3993
cdavis@gibsondunn.com
(*admitted pro hac vice*)

HONIGMAN LLP
Paula E. Litt
Molly McGinley
321 N. Clark Street
Suite 500
Chicago, IL 60654
Tel: (312) 701-9300
plitt@honigman.com
mmcginley@honigman.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I served this motion on counsel for Plaintiffs via the court's electronic filing system.

*Brian M. Lutz*
Brian M. Lutz