**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rizwan Bhaila, et al.

                                          Plaintiff,

v.                                                    Case No.: 1:24–cv–05907
                                                      Honorable Mary M. Rowland

Walgreens Boots Alliance, Inc., et al.

                                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 20, 2026:


     MINUTE entry before the Honorable Mary M. Rowland: The parties' joint agreed motion regarding deadlines [84] is granted. The Court lifts the stay on discovery [65] and adopts the parties' proposed deadlines: Rule 26(f) conference to be held by 1/29/26; Rule 26(f) conference status report due by 2/12/26; Rule 26(a)(1) disclosures to be exchanged by 2/12/26; Defendants to answer the Complaint by 2/23/26. The Court strikes the status hearing set on 1/21/2026 at 2:30 p.m. [82]. The Court will set the remaining discovery deadlines after receipt of the parties' Rule 26(f) status report. Mailed notice. (jg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.