**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *In re Walgreens Boots Alliance, Inc. Securities Litigation* | Master File No.: 1:24-cv-05907 |
|  | Hon. Mary M. Rowland |
|  | <u>CLASS ACTION</u> |

## <u>DECLARATION OF BRIAN M. LUTZ</u>

I, Brian M. Lutz, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member in good standing of the bar of California admitted *pro hac vice* in this matter.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP which represents Walgreens Holding Company f/k/a Walgreens Boots Alliance, Inc. ("Walgreens"), Rosalind Brewer, James Kehoe, and John Driscoll (collectively, "Defendants") in this action.

2.      I have personal knowledge of the facts presented in this declaration.  I respectfully submit this declaration in support of Defendants' Motion for Reconsideration.

3.      Exhibit 1, which is referenced in the Motion for Reconsideration and publicly available, is an audio recording of the September 21, 2023 TD Cowen 8th Annual FutureHealth Investor Conference.  A true and correct copy of Exhibit 1 will be submitted through the Court's Digital Media Submissions portal.

4.      Exhibit 2, which is referenced in the Motion for Reconsideration and publicly available, is a true and correct copy of the September 21, 2023 TD Cowen 8th Annual FutureHealth Investor Conference transcript.

1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2026.


By: ___*/s/ Brian M. Lutz*_____
Brian M. Lutz

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I served this motion on counsel for Plaintiffs via the court's electronic filing system.

/s/ Brian M. Lutz

Brian M. Lutz
