# Exhibit 1

Audio Recording

Pursuant to the Court's procedures, this exhibit consists of an audio recording of the September 21, 2023 TD Cowen Investor Conference described in Paragraph 179 of Plaintiffs' Consolidated Amended Complaint (ECF No. 50) that has been submitted separately through the Court's audio submission portal.  No audio file is attached to this filing.