# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Rizwan Bhaila, et al.

                              Plaintiff,

v.                                                          Case No.: 1:24–cv–05907
                                                            Honorable Mary M. Rowland

Walgreens Boots Alliance, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

     MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' response to Defendant's motion for reconsideration [92] is due by 2/24/26; Defendants' reply due by 3/17/26. This motion does not impact the dates set at docket entry [85]. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.