# EXHIBIT A

 Outlook

---

## [External]Walgreens

---

**From** Lutz, Brian M. <BLutz@gibsondunn.com>

**Date** Thu 1/22/2026 6:43 PM

**To** Greg Potrepka <gpotrepka@zlk.com>

---

📎 1 attachment (7 MB)

402261246.mp3;

Hi Greg,

Following up on our discussion, attached is an audio recording of the September 21, 2023 TD Cowen conference, when Defendant John Driscoll is alleged to have made a misstatement. The relevant Q&A starts around the 20:30 mark. The relevant paragraph in your complaint is paragraph 179, pasted below.

179. Despite the sudden departure of its two top officers, Walgreens continued to issue reassuring statements concerning the Company's commitment to healthcare and its key role in Walgreens' growth strategy. For instance, during an investor conference on September 21, 2023, a Cowen analyst asked "in the past, you guys gave some targets in terms of co-located VillageMD, Walgreens kind of locations, if I recall, something like 600 by 2025 and 1,000 by 2027. Are those kind of still sort of the milestones we should be thinking about [for that] framework?" In response, Defendant Driscoll responded in the affirmative, assuring the market: "Yes, I think we should be – I'm obsessively focused on delivering better results faster." Driscoll added, "we feel the responsibility to our shareholders to deliver more profitability from some of the markets we've invested in" and that "our focus is going to be accelerating profitable growth."

We ask that plaintiffs voluntarily dismiss their claim as to this challenged statement given that, as the audio clip demonstrates, Mr. Driscoll did not say what he is alleged to have said in paragraph 179. We do not believe plaintiffs can continue to pursue a claim based on the September 21, 2023 challenged statement consistent with Rule 11(b)(3). We're happy to discuss at your convenience. Thanks, Brian

**Brian M. Lutz**
Partner

T: +1 415.393.8379 | M: +1 917.679.9662
BLutz@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and

then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.