**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rizwan Bhaila, et al.

Plaintiff,

v.

Case No.: 1:24–cv–05907
Honorable Mary M. Rowland

Walgreens Boots Alliance, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report. [97]. The Court adopts the following fact discovery schedule. Plaintiffs' motion for class certification and supporting papers, including opening expert reports, due by 7/21/26; completion of Defendants' depositions of lead Plaintiffs and Plaintiffs' class certification expert(s) by 8/24/26; Defendants' class certification opposition and expert reports in opposition to class certification due by 9/4/26; Plaintiffs' class certification reply and rebuttal expert reports due by 10/19/26; substantial completion of document production by 12/1/26; parties to submit status report containing a proposed schedule for merits expert discovery by 12/15/26; parties to exchange final privilege logs by 12/30/26. Fact discovery to close on 2/19/27. The Court agrees with Plaintiffs that Defendants' request for a sur–reply is not ripe and declines to set a sur–reply date at this time. The Court does not set a date for Plaintiffs to amend pleadings and/or add parties. If Plaintiffs wish to do so later in this case, they shall file a motion with this Court. The parties have not had any settlement discussions. Defendants' motion for partial reconsideration [92] is pending before this Court. The Court will rule by mail. By 5/14/26, the parties shall submit a status report on the progress of discovery and whether a settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.