**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re Walgreens Boots Alliance, Inc. Securities Litigation* | Master File No.: 1:24-cv-05907 |
|  | Hon. Mary M. Rowland |
|  | <u>CLASS ACTION</u> |

<u>**DECLARATION OF BRIAN M. LUTZ**</u>

I, Brian M. Lutz, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member in good standing of the bar of California admitted *pro hac vice* in this matter.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP which represents Walgreens Holding Company f/k/a Walgreens Boots Alliance, Inc. ("Walgreens"), Rosalind Brewer, James Kehoe, and John Driscoll (collectively, "Defendants") in this action.

2.      I have personal knowledge of the facts presented in this declaration.  I respectfully submit this declaration in support of Defendants' Reply in support of their Motion for Reconsideration.

3.      In connection with the briefing on Defendants' motion to dismiss, I or members of my team reviewed the SEC filings, Company press releases and reports, and written transcripts of earnings calls or investor conferences containing each of the 80 statements challenged in Plaintiffs' 145-page complaint.  At that time, Defendants had no reason to believe and did not know that any of the written transcripts incorrectly transcribed the actual words spoken during an earnings call or investor conference.

4.      When the Court issued its Order on Defendants' motion to dismiss, which narrowed the case to three statements that survived dismissal, the importance of the specific words spoken

1

in statement 68 became apparent.

5.      At that time, we did not have an audio recording of the September 21, 2023 TD Cowen Investor Conference presentation.  On January 21, 2026, my colleague asked Gibson Dunn's library function to try to locate an audio recording of the conference presentation.  Later that day, Gibson Dunn's library personnel obtained the audio recording from Bloomberg.  We listened to the audio recording of the September 21, 2023 TD Cowen Investor Conference presentation that same day.  Only then were Defendants aware that the actual words spoken by Mr. Driscoll during that September 21, 2023 TD Cowen Investor Conference had been incorrectly transcribed.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ninth day of March, 2026.

By:  */s/ Brian M. Lutz*
       Brian M. Lutz

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I served this motion on counsel for Plaintiffs via the court's electronic filing system.

*/s/ Brian M. Lutz*
Brian M. Lutz